UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------
VICTOR L. JORDAN, SR.,

          Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.
--------------------------------------------------------

SCANNED at
and Emailed
10/29/24 by CS . 93 pages
date    initials   No.

23-CV-00855-VAB

## AMENDED COMPLAINT

Plaintiff, by PRO-SE LITIGANT, WHO FILES THIS THIRD AMENDED COMPLAINT.

Complaint, upon information and belief, alleges as follows:

## I.    PARTIES

1.    The Plaintiff, herein, Victor Lamond Jordan, Sr., Inmate No. 165080 was at all material times to this Complaint, an inmate in the custody and control of the Commissioner of Department of Corrections, and was housed at Cheshire C.I. in Cheshire, CT.

2.    Defendant, Department of Corrections ("D.O.C."), is a public entity duly organized and existing under the laws of the State of Connecticut, and a government entity. The D.O.C. employs more the 5,000 persons and is responsible for, and retains authority over, the operation of Cheshire Corr. Inst. and other Connecticut state prisons, including rendering care treatment to

disabled persons, in their housing, including, individual with specific disabilities, mental, and/or physical. The D.O.C. receives state and federal funding for operations of Cheshire C.I. and other facilitys. Cheshire received federal funds throughout the time period the act described herein has taken place. The Defendant is being sued in its official capacity.

3. Defendant C/O Guerrera, at all times relevant to this claim, was a correctional officer, and in this capacity, he had the responsibility and authority to protect the rights and safety and security of the Plaintiff and his actions of unprofessionalism. He violated the Plaintiff's rights and put his health at risk. He is being sued in his official and individual capacity for damages.

4. Defendant, Registered Nurse Dave, at all times relevant to this claim, was a nurse at Cheshire C.I. and in this capacity, he had the responsibility of taking care of Plaintiff's medical needs and supply him with his prescribed and unprescribed medical care. He violated Plaintiff's civil rights by jeopardizing Plaintiff's life and health by denying him proper medical care. Defendant is being sued in his official and individual capacity for damages.

5. All named Defendants are being sued in their official capacity as part of entity D.O.C. for damages, and in their individual capacities for damages compensatory, punitive, declaratory and injunctive relief.

2

## II.    <u>JURISDICTION</u>

6.    Plaintiff, brings claims pursuant to 28 U.S.C. 1331 and 1343(a)(3) because this action arise under the U.S. Const., 42 U.S.C. § 1983; the ADAAA of 2009, 42 U.S.C. § 12131 *et seq.*, and RA of 1973, 29 U.S.C. § 794(a); and the PAIMI Act, 42 U.S.C. § 10801, Title V of the Mental Health System Act, 42 U.S.C. 9501 *et seq.*, and 28 C.F.R. § 35.152, § 42-501 *et seq.*, and 28 U.S.C. § 1988.

## III.    <u>VENUE</u>

7.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because Defendants reside in this district and because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in this district.

## IV.    <u>Exhaustion of Admin. Remedies</u>

8.    Plaintiff has exhausted all available admin. remedies in accordance to the P.L.R.A. codified under 42 U.S.C. §1997(a).

## V.    <u>STATEMENT OF FACTS</u>

3

9. On February 16, 2022, Plaintiff was housed at Cheshire C.I. in general population, North 1 unit and North 2 unit on single cell status along with other sentenced inmates, as an inmate with several different disabilities, in accordance to ADA/PAIMI Act, ADAAA, of 2009, and RA of 1973.

10. Plaintiff has documented physical injuries that date back to 2004 which have caused him to be disabled and which substantially limit his major life activities. In particular, in 2004 he was involved in a motorcycle accident on I-95 in which his passenger died and he suffered major head trauma, and injuries to both feet and legs.

11. Also, Plaintiff sustained spine injuries, most recently, in 2008, prior to his incarceration, by police who kicked in his spine, fracturing two vertebrae.

12. Moreover, in 2018, Plaintiff ruptured his Achilles tendon playing basketball at MacDougall C.I. in Suffield, CT, when he was denied initial medical attention, and forced to walk on for approximately two weeks, before medical decided to treat him.

13. Walking long distance and or up and down stairs is and can be painful, especially if forced to carry heavy boxes of personal property, legal documents.

14. Plaintiff's spine injury is his most severe disability. The bones in his lower spinal column impinge crushing the nerve and a herniated disc. He experiences extremely severe chronic pain, which began while housed at Cheshire C.I., in June 2022. Recent MRI and x-rays have confirmed these injuries.

15. Further, Plaintiff suffers from long term mental illnesses, consisting of PTSD, anxiety, OCD, depression, antisocial, bi-polar / personality disorder and paranoia.

16. Plaintiff may have C.T.E. from numerous head trauma since childhood, from multiple physical traumas, accidents and assaults.

17. Due to his mental and emotional illness, the Plaintiff, has on a number of occasions harmed himself, and attempted suicide, while housed at Cheshire C.I., on several dates, (January 23, 2022 and January 24, 2022) during which, he was placed in a patient infirmary B.C.C. in Bridgeport, CT for four days, then returned to CCC on January 28, 2022.

18. On or about Feb. 16, 2022, the D.O.C. forced Plaintiff to move from North I Unit to East 3 Unit while the North 1 Unit is fully handicap accessible, with ramps and or elevators. The showers in North 1 and 2 are the only non-handicap accessible.

19. In order to make the move, the Plaintiff was forced to walk up four flights of steps with heavy property, with no assistance by way of medical supplies or devices, back brace, elevator, wheelchair ramp and / or for push carts.

20. The D.O.C. housed a number of single cell inmates in those units that have similar conditions as Plaintiff, who were allowed to remain in the North and or South units, without the threats of placing in solitary confinement.

21. The D.O.C. was fully aware of Plaintiff's physical disabilities, and forcing him to choose between physical harm and psychological pain is cruel and unusual at best, and is malicious and sadistic, with the intent to cause harm regardless of what choice made.

22. Subjecting Plaintiff to injury and risk of injury, the D.O.C. violated his 8th Amendment Const. rights as well as his ADA/RA, PAIMI Act rights.

23. The forced housing in East 3 Unit, also restricted Plaintiff's access to outside recreation, the ability to exercise (physical therapy), social activities, like eating with other inmates, as North Units.

24. On March 11, 2022 Plaintiff submitted CN9601 re. his serious back pain, that had started hurting from possibly having to carry all his property up 4 flights of stairs, and then having

to write and eat hunched over, writing for hours on end. Plaintiff actually had to write a hundred-page civil action under these conditions. See 3:22-CV-701, First Amended Complaint.

25. On May 11, 2022 filed a CN9604 of IGP 125-22-312 Level 2 arguing the ruling from Warden Reis re. back pain and neck, and cell not being furnished with table/desk.

26. Plaintiff sent a carbon copy to all named, Warden Reis; James Watson; ADA Collen Gallagher; Medical Dr. Jane and/or John Doe. Only response came from APRN S. Charis informing him to address said furnishing matter with D.O.C. custody.

27. Received disposition on May 31, 2022 re. level 2 appeal of IGP 125-22-312 from Dist. Admin. Rodriguez.

28. On June 18, 2022, at approximately 10:45 AM, Plaintiff informed unit officer C/O Millian, that he was having trouble breathing, and to call medical. Medical informed officer that Plaintiff had an inhaler.

29. At approximately 11:00 a.m., Plaintiff informed the C/O he did in fact have an inhaler, but it was empty. C/O informed medical and medical said they would deliver a new one.

30. Plaintiff, while awaiting medical, started having tightness in his chest and congestion, followed by pain, an hour had passed since 11:00 AM.

7

31. RN Dave finally came to the cell with new inhaler. Plaintiff informed him that his chest was hurting and he felt congested, that he needed to be examined. RN Dave just walked away with C/O toward the control center (officer's station).

32. Plaintiff assumed that they were making the call for assistance, but no one ever arrived. He questioned C/O, and he insisted that he was awaiting escort per Lt. Whitted.

33. The time was approx. 12:45 PM, as best Plaintiff can recall. He then awakening on the cell floor, in all of his clothing, at approx. 4:30 PM., confused and disoriented.

34. Plaintiff questioned the second shift officer about what happened, and he had no knowledge regarding any of Plaintiff's medical issues. Plaintiff asked him how he did not notice and observe him sprawled out on the cell floor, unresponsive, while he took the count.

35. During dinner serving, Lt. Whitted did a tour. Plaintiff informed him of the incident and that Plaintiff was going on a hunger strike in protest of not receiving medical emergency care, and for him to log in the book.

36. Plaintiff, informed C/O Otsuno, that he was still dizzy, had a headache, and still felt congested. Officer claimed he called medical, and they did not respond.

37. At the same time while at the area of the officers' station, on the tier in East 3, Plaintiff spoke with another inmate regarding matter. His cell is right next to the officer station, cell 34, inmate J. Zimmerman. He states that he overheard RN Dave, tell C/O Millian, "Lets wait until he "Bugs" out (flip out) and then send him down. This conversation occurred approx. at 12:30 (noon) at the time they left from in front of Plaintiff's cell. Inmate: J. Zimmerman #402338.

38. On June 19, 2022, Plaintiff, was informed by a second inmate, whose cell is also close to station, that he overheard the conversation between the C/O Millian and RN Dave. Inmate Streite, #294902, said the officer was upset with RN Dave.

39. Officer was overheard telling RN Dave, that if an inmate is having chest pains, you should bring him to medical, per protocol and procedure, and that RN Dave was making his job harder, because he (C/O Millian) will have to do all the paperwork.

40. On July 15, 2022, Plaintiff filed CN9602, re. subject matter, of denial of medical attention. On August 24, 2022, Warden Reis, denied grievance. IGP # 125-23-047.

41. On September 1, 2022, Plaintiff filed level 2 regarding the matter. On September 30, 2022, A.D. Rodriguez denied it. IGP #125-23-047.

9

42.     On or about June 18, 2022, Plaintiff submitted a CN9601 to the medical depart. ADA Supervisor Colleen Gallagher, and a carbon copy to Supervisor Mauar; Comm. of Corr. Quiros re. incident with RN Dave.

43.     Plaintiff received a response from Collen Gallager, dated August 9, 2022 confirming that the Comm. of Corr. Angel Quiros, was given notice, as were C.O.D. Dr. Robert Richeson and C.N.E. Michel Nicholson.

44.     On January 13, 2023, Plaintiff received a second response from Colleen Gallagher, basically implying that he did not properly exhaust because he did not appeal, which in fact he did. He filed informal resolutions prior to him being transferred to prevent his due process of those CN9601s.

45.     Plaintiff did in fact file CN9601s while housed at Cheshire C.I.  Submitted to Warden Reis; Dep. Wardens Nunnez; Peirce; and Unit Mang. Calo. Re. hunger strike, because was denied medical attention, and disregard for his safety and wellbeing, which he believed to be malicious and sadistic intent by their staff.

46.     On June 18, 2022, Plaintiff, also submitted CN9601 to Intelligence Div. Capt. Demytrz, re. preservation of East 3 Unit video of incident.

47. On July 15, 2022, Plaintiff filed CN8901, appeal health service. He received no response, in time allotted by 8.9 A.D. He also filed CN8902 on September 8, 2022, also received no response. Then he filed CN8903 on October 21, 2022, and received no response.

48. As a result of these violations by D.O.C. and its agents, staff, and contractors, either as an entity or individually, Plaintiff, has suffered irreparable harm and injury, pain and anguish, his mental illness, has been made worse and traumatized, by fear and anxiety, as well as the pain from the physical conditions, that has been determined by x-ray and MRI, to be very serious, and causes him severe pain.

## G.     Causes of Action

### First Cause of Action

49. Paragraphs 1-48 are hereby made 1-48 of this cause.

50. Plaintiff suffers from multiple disabilities consisting of severe back (spine) injury, Achilles (rupture) that did not heal properly, breathing problems, and chronic chest pain. Under Title II of Americans with Disabilities Act of 2009, 42 U.S.C. §§ 12101, 12132 *et seq.*, Rehabilitation Act of 1973, 29 U.S.C. § 794e(a); failure to provide "reasonable accommodations" for persons with physical disabilities is a violation.

11

51. The transfer of Plaintiff to East 3 Unit meant that the Plaintiff, with his various disabilities, was required to carry his substantial heavy personal belongings to the new unit up several flights of stairs without assistance of elevators, hand trucks, braces, necessitating numerous, strenuous trips, exacerbating his physical ailments.

52. Furthermore, as a disabled inmate, Plaintiff is deprived of the recreational and physical exercise equipment available on North 1 Unit but not available on East 3 Unit. In particular, there are no pull-up bars or dip bars available on East 3 Unit which Plaintiff, as a disabled inmate, used for physical therapy and exercise when he was confined to North 1 Unit.

53. By moving Plaintiff to East 3 Unit, Plaintiff has been deprived of the exercise equipment he was able to use with his disability and is available on North 1 Unit.

**Second Cause of Action**

54. Plaintiff repeats and realleges each allegation set forth in paragraphs 1-53 above as fully set forth herein.

55. Defendants' deliberate failure to give proper care to Plaintiff, and with malicious intent to cause harm, violated his rights under the ADA/RA of 2009 and PAIMI Act for the

12

psychological trauma suffered by being in distress and chest pain, and fainting. Waking up with the knowledge of the magnitude of what was allowed to happen, jeopardizing Plaintiff's life by Defendant's malicious and sadistic wanton actions.

56. As stated by the individual actions of D.O.C. employees, and their violating Plaintiff's 8th Amendment right and ADA/RA, PAIMI right by their actions to out right deny him medical attention with clear, vindictive, malicious and sadistic intent to cause, physical and mental injury and doing so.

57. Defendants RN Dave and Guerra did in fact violate Plaintiff ADA/RA 2009/1973 and PAIMI Act 42 U.S.C. § 10801(b)(1)(b)(2)(A). Plaintiff has a long history of breathing problems, chest pain, congestion and passing out which the D.O.C. and medical department has extensive documentation of, and to be denied the proper medical care that is per protocol and procedure.

58. When complaints of chest pain and or breathing problems, D.O.C. custody, and medical depart. must immediately evaluate and examined by means that's consistent with said condition. A.D.8.1 which dictates that inmates are intitled to care that's standard to the community.

13

59. Plaintiff was clearly denied a service by the D.O.C. and its agents in their individual and official capacity.

60. Plaintiff in being denied the mandatory contemporary standard of medical treatment by RN Dave, and custody which represents the Department of Corrections, in so doing on June 18, 2022, they violated the ADA 42 U.S.C. § 12132; ADAAA of 2009, 28 U.S.C. 1331 *et seq.*, RA of 1973, 29 U.S.C. § 794, and PAIMI, 42 U.S.C. § 10801.

61. The Defendants, D.O.C. and its agents, staff, employees and or contractors, acted individually and or officially by their actions and choices to deny and discriminate, in not affording the Plaintiff, with the rights of a disabled person, by first not upon intake of Plaintiff, on October 14, 2020, assessing and verifying his well-documented medical files re. his disabilities, as the Administrative Directives, 8.1; 8.14; 10.19. The Department of Justice Regulations of 2010 dictates.

62. Defendants' conduct has caused Plaintiff severe emotional distress and fear for his own wellbeing.

63. Defendants Guerrera and Dave are being sued in their individual capacity in this cause of action for damages, compensatory and punitive relief, reasonable attorney fees and cost.

14

**H.**     **Request for Relief**

WHEREFORE, Plaintiff seeks cost of suit; Paralegal Research; Invest-
-igative; Copies; Labor;
whith interest.

WHEREFORE, Plaintiff seeks compensatory damages; 1,000,000 U.S.

WHEREFORE, Plaintiff seeks punitive damages, 42 U.S.C. § 1983; At 2x COMPENSATORY

WHEREFORE, Plaintiff seeks reasonable attorneys fees, 42 U.S.C. § 1988;

WHEREFORE, Plaintiff seeks declaratory relief; To be filed prior to trial.

WHEREFORE, Plaintiff seeks injunctive relief pursuant to 42 U.S.C. § 12132 *et seq.*, 29

U.S.C. § 794(a)(2); and I INTEND TO FILE INJUNJUNCTION FOLLOWING COURTS

INITIAL REVIEW ORDER.

WHEREFORE, Plaintiff seeks any and all other relief the Court deems just and equitable.

A Jury Trial is Demanded.

Dated: 10-28-24

PRO-SE PLAINTIFF

By: VICTOR L. JORDAN SR.
165080
CHESHIRE C.I. 900 HIGHLAND, AVE.
CHESHIRE, CT. 06410

15

## **DECLARATION / VERIFICATION**

I declare that the foregoing pleadings are the truth and hereby declare and verify that the matters alleged herein are true under the penalty of perjury.

Dated: OCTOBER, 28 2024
      Cheshire, CT

                       Victor L. Jordan, Sr.

## CERTIFICATION OF SERVICE

I hereby certify that on OCTOBER 28, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

-pro-se PLAINTIFF
VICTOR L. JORDAN SR.

Case No. 3:23-cv-855

5 5 Pgs



# EXHIBIT

#1



**National Network**
Information, Guidance and Training on the
Americans with Disabilities Act

Call us toll-free
1-800-949-4232 V/TTY
Find your regional center at
www.adata.org

For the most current and accessible version, please visit
https://adainfo.us/adacorrect

# Detention & Correctional Facilities

The Department of Justice (DOJ) regulates Title II of the Americans with Disabilities Act (ADA), which covers state and local governments. These public entities are responsible for the operation or management of juvenile and adult jails, detention and correctional facilities, and community correctional facilities, whether they are operated directly by the state or local government, or through contracts, licenses, or other arrangements with other entities. (§35.151(k) and §35.152)

## Overarching Obligation

The regulations require public entities to ensure that qualified inmates or detainees with disabilities are not discriminated against, denied benefits to which they are entitled, or excluded from programs, services, or activities for which they are eligible.

## Integrated Setting

Inmates or detainees with disabilities must be housed in the most integrated setting appropriate to their needs. Accessible cells or housing units need to be available in all security classifications and/or program levels of a facility.

Qualified inmates or detainees with disabilities should have access to available programs and activities, whether they are mandatory or voluntary. Such activities may include educational, vocational, work release, or religious programs, as well as opportunities for visitation.

Unless it is appropriate to make an exception, public entities must not place inmates with disabilities in:

- Inappropriate security classifications because no accessible cells or beds are available;
- Medical areas unless they are actually receiving medical care or treatment;
- Facilities that do not offer the same programs as facilities where they otherwise would be housed; or
- Distant facilities where they would otherwise not be housed and that would deprive them of visitation with family members.

## Minimum Requirements from the 2010 Standards (§35.151(k))

New construction of jails, prisons, and other detention and correctional facilities must comply with the 2010 ADA Standards for Accessible Design. At least 3% of cells must be accessible for individuals with mobility disabilities, including those who use wheelchairs. Accessible cells must be provided in each classification level.

At least 2% of the general holding and housing cells must be equipped with communication features designed to accommodate individuals who are deaf or hard of hearing. These features include

 

telephones with volume control where telephones are provided in cells, and visible alarm signals where audible emergency alarm systems are provided for occupants of cells and occupants are allowed to evacuate independently. (Sections 232 and 807, ADA Standards)

Alterations to jails, prisons, and other detention and correctional facilities must also comply with the 2010 ADA Standards until new construction levels of access are achieved within the facility.

When alterations are made to specific cells, required features for mobility access may be provided in substitute cells (cells other than those where alterations are originally planned), as long as the substitute cell:

- Is located within the same prison site,

- Is integrated with other cells to the maximum extent feasible, and

- Has equal physical access to areas used by inmates or detainees for visitation, dining, recreation, educational programs, medical services, work programs, religious services, and other offered programs.

If it is technically infeasible to locate a substitute cell within the same prison site, the substitute cell may be provided at another prison within the same system.

Medical and long-term care facilities in detention and correctional facilities, whether they are licensed or not, are also subject to the 2010 ADA Standards for accessibility.

Content was developed by the Mid-Atlantic ADA Center, and is based on professional consensus of ADA experts and the ADA National Network.

**Mid-Atlantic**  **Center**

http://www.adainfo.org

The contents of this factsheet were developed under grants from the National Institute on Disability, Independent Living, and Rehabilitation Research (NIDILRR grant numbers 90DP0089 and 90DP0086). NIDILRR is a Center within the Administration for Community Living (ACL), Department of Health and Human Services (HHS). The contents of this factsheet do not necessarily represent the policy of NIDILRR, ACL, HHS, and you should not assume endorsement by the Federal Government.

© Copyright 2019 ADA National Network. All Rights Reserved.
May be reproduced and distributed freely with attribution to ADA National Network (www.adata.org).



# DEPARTMENT OF ADMINISTRATIVE SERVICES

*Office of the State Fire Marshal*

To: Department of Correction

From: Office of State Fire Marshal

Subject: Complaint Letter dated 8/9/2021

Mr. Camanelli,

A letter of complaint was received from inmate number 390725 regarding issues at the Cheshire Correctional Institute specific to the East Unit located at 900 Highland Avenue which, were noted as in violation of the Connecticut State Fire Codes. Based on the evaluation of the issues noted in the letter this office offers the following responses:

1. The building (East Unit) is not required to be sprinklered due to its date of construction.
2. Inspection & Testing of Equipment at Least Monthly will be revisited to verify compliance.
3. Annual Inspection by State or Department Fire Officials are conducted annually.
4. Fire Resistant Containers for Combustible Personal Items will be revisited to verify compliance.
5. The issue of a fire watch due to lack of sprinklers is not required due to sprinklers not being required. (see item 1)

The letter specifically highlights Sub-Section 5d(i) in the Department of Corrections Administrative Directive 5.3 as a supporting document for the issue of non-sprinklered. In this directive section 5d(i) titled, "Automatic Sprinkler System" indictes a <u>required</u> sprinkler system out of service more than (4) hours in a (24) hour period shall be a reason to evacuate a building or put a fire watch in place.

As stated, this building was not <u>required</u> to be sprinklered by the codes in place at the time of its construction.

Submitted: Office of State Fire Marshal

**Subject:**                              FW: EB 2 Recreation

**From:** Watson, James
**Sent:** Friday, October 16, 2020 1:31 PM
**To:** Walker, Denise <Denise.Walker@ct.gov>
**Subject:** RE: EB 2 Recreation



**From:** Walker, Denise <Denise.Walker@ct.gov>
**Sent:** Friday, October 16, 2020 1:30 PM
**To:** Watson, James <James.Watson@ct.gov>
**Subject:** Re: EB 2 Recreation

Let's hope for the best.

Denise M. Walker

**From:** Watson, James <James.Watson@ct.gov>
**Sent:** Friday, October 16, 2020 1:28:43 PM
**To:** Walker, Denise <Denise.Walker@ct.gov>
**Subject:** RE: EB 2 Recreation

It came out when I was home, read it and forgot about it saying it'll be fixed this afternoon. C/O Luca said it would be fixed this afternoon, but my experience with these pipes and stress fractures is that when pressure is reestablished into the pipe another fracture appears and 'poof' back to the drawing board. Let's hope that isn't the case Cast iron pipes from the late 50's are temperamental.

Have a great weekend too.

Thanks for the reminder. ☺

**From:** Walker, Denise <Denise.Walker@ct.gov>
**Sent:** Friday, October 16, 2020 1:24 PM
**To:** Watson, James <James.Watson@ct.gov>
**Subject:** Re: EB 2 Recreation

1

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan W.

Inmate number: 165080

Facility/Unit: Cheshire

Housing unit: East-3-3

Date: 3-9-22

Submitted to: F.O.I.

Request:

"I require the documentation designating me single cell "offender" status etc.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Testa

Title: Correction Officer

Action taken and/or response:

F.O.I received your request. Attached is a special request document

RECEIVED
MAR 10 2022
BY:_____

*continue on back if necessary*

Staff signature:

Date: 3/10/2022



## Acknowledgement - Receipt of FOI Documents

*Please sign and return to F.O.I*

I, _____Jordan. V_____ #__165080__

(PRINT NAME)       (INMATE ID #)

on this date ____4/25/2022____ acknowledge that I have received the responsive documentation to my FOI request pursuant to the Freedom of Information Act.

SIGNED

SIGNED / STAFF DELIVERING RESPONSE       DATE

_____Single Cell Status_____

## Withdrawal of Complaint to FOIC

By my signature below, I withdraw my complaint filed with the Freedom of Information Commission, as related to the responsive documentation I have received.

SIGNED

SIGNED / STAFF DELIVERING RESPONSE       DATE

SUBJECT MATTER of REQUEST

DOC FOI Unit Forms/2009

*An Equal Opportunity Employer*

| INMATE NAME | HOUSING | NUMBER | START REASON / START DATE |
|---|---|---|---|
| JORDAN, VICTOR | NB145 | 165080 | PER WARDEN REIS |

**SINGLE CELL STATUS INMATE** — **UPDATED 2/09/2022**



# Disciplinary Report
## Connecticut Department of Correction

CN 9503/1
REV 10/01/19

| | |
|---|---|
| Facility/Unit: Cheshire Correctional Institution | Report date: 22JUNE22 |
| Inmate name: Jordan, Victor | Inmate number: 165080 |

| | |
|---|---|
| Housing unit: East Block 1 | Location of incident: East Block 3-3 |

| Report number: | Incident date: 21JUNE22 | Incident time: 10:00 ■ am ☐ pm |
|---|---|---|

| Offense: Contraband "A" (dangerous instrument) | Offense class: ■ A ☐ B ☐ C |
|---|---|

Description of violation: On Tuesday June 21st at approximately 10:00 am, I was completing a systematic search of the cell assigned to inmate Jordan, Victor #165080 (East Block3-3 cell). Inmate Jordan is the only inmate assigned to that cell (single cell). During the search, I observed a commissary purchased bar of soap inside a laundry issued bag belonging to inmate Jordan. While inspecting the soap, it appeared to have been altered. I conducted a further inspection by utilizing a hand held metal detector, an audible tone alerted that a foreign object was concealed inside. The bar of soap was opened up, a metal screw approximately 4 inches in length was concealed inside. Photographs were taken for documentation and evidentiary purpose. The item is considered contraband "A" and is a dangerous instrument. Inmate Jordan is in direct violation of Administrative Directive 9.5 Code of Penal Discipline for making, transferring, or possessing a dangerous instrument.

Witness(es):

Physical evidence:

| Reporting employee (print): Saas | Title: Lieutenant |
|---|---|
| Reporting employee (signature): | |

| Date: 22JUNE22 | Time: 9:30 ■ am ☐ pm | Employee requests copy: ☐ yes ☐ no |
|---|---|---|

### CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

| ■ Administrative Detention | Date: 21JUNE21 | Time: 11:00 ■ am ▦ pm |
|---|---|---|

| ■ Accused inmate interviewed | ☐ Informal disposition |
|---|---|

Custody Supervisor / Unit Manager name (print): Calo

Custody Supervisor / Unit Manager signature:

| Title: Captain | Date: 22JUNE22 | Time: 9:35 ■ am ☐ pm |
|---|---|---|

### INMATE NOTICE

| Delivered by (print): Brower | Delivered by (signature): Brower |
|---|---|

| Title: Correction Officer | Date: 22JUNE22 | Time: 9 4 1 ■ am ☐ pm |
|---|---|---|

☐
- Check if inmate receiving disciplinary report is placed on a Behavioral or Mental Health Observation Status.
- If applicable, delivering officer must read the Disciplinary Report to the inmate and leave the copy at the Officers Station.
- Once a qualified mental health provider deems that the inmate can retain paper, the Disciplinary Report shall be issued to the inmate in accordance with this directive.
- Note: Timeframes associated with the disciplinary report process for inmates initially placed on Behavioral or Mental Health Status shall not be altered and will continue as outlined in this directive.

Inmate



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401/1
Rev. 9/23/21

| Facility/Unit: | **Cheshire Correctional Institution** | |
|---|---|---|
| Inmate name: | **Jordan, Victor** | Inmate number: **165080** |

## SECTION 1 - STATUS

### Placement in Restrictive Housing Unit (check and date the appropriate description).

| | | |
|---|---|---|
| ☐ | Transfer Detention | Date: |
| ☒ | Administrative Detention | Date: **6/21/2022** |
| ☐ | Punitive Segregation | Date: |
| ☐ | Administrative Segregation | Date: |
| ☐ | Administrative Segregation Transition | Date: |
| ☐ | Special Needs Management | Date: |
| ☐ | Chronic Discipline | Date: |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because: Contraband "A" "Dangerous instrument".

## SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes( if yes, next business day review is required) ☒ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: *[signature]* | Date: **6/21/22** |
|---|---|
| Inmate given copy of this form: Time: ☐ am ☐ pm | Date: **6/21/22** |



# Restrictive Housing Unit Status Order
## Connecticut Department of Correction

CN 9401/1
Rev. 9/23/21

| Facility/Unit: | **Cheshire Correctional Institution** | |
|---|---|---|
| Inmate name: | **Jordan, Victor** | Inmate number: **165080** |

## SECTION 1 - STATUS

**Placement in Restrictive Housing Unit (check and date the appropriate description).**

| | | |
|---|---|---|
| ☐ Transfer Detention | Date: | |
| ☒ Administrative Detention | Date: | **6/26/2022** |
| ☐ Punitive Segregation | Date: | |
| ☐ Administrative Segregation | Date: | |
| ☐ Administrative Segregation Transition | Date: | |
| ☐ Special Needs Management | Date: | |
| ☐ Chronic Discipline | Date: | |

## SECTION 2 - REASON FOR PLACEMENT

The inmate's/my continued presence in the general population poses a serious threat to life, property, self, other inmates, and/or the security of the facility because:

**Inmate Jordan is currently housed in East Block 1 and with Punitive Segregation time being completed through the date of 6/26. Inmate Jordan will then be transferred to another facility on 6/27/2022.**

## SECTION 3 – Vulnerable Population Review

Does this inmate meet any of the following criteria? ☐ Yes( if yes, next business day review is required) ☒ No

Under the age of 18 – Over the age of 65 – MH Score 4 or 5 – Has a developmental disability – Significant auditory or visual impairment – Pregnant or Postpartum – Has a serious medical condition in accordance with AD 9.7

| Supervisor signature: | *[signature]* | Date: **6/26/2022** |
|---|---|---|
| Inmate given copy of this form: | Time: *11:00* ☒ am ☐ pm | Date: **6/26/2022** |

N2 11

**VICTOR JORDAN   INMATE ID #: 00165080   49 Years Old**
**DOB:  11/27/1971 Race: Black or African American   Gender: Male**
**LOC: 125 H 211   Med Score: 3 Sub Score: .....   MH Score: 3 Sub Score: ....**

**11/12/2021 - Notification of Test Results: Notification of Test Results**
**Provider: Richard Kwao PA**
**Location of Care: Cheshire Correctional Institution**

## Encounter Context
**Facility at time of evaluation:** Cheshire Correctional Institution
**Age at Time:** 49 Years Old

Recently you had a health care encounter.  The following medical test(s) was (were) completed and reviewed by a prescriber:
x-ray

## Follow-up
No follow-up appointment needed

## Internal Note
your chest xray came back normal without any acute findings.

**Electronically signed by Richard Kwao PA on 11/12/2021 at 3:24 PM**

1 copy

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Victor Jordans

Inmate number: 165080

Facility/Unit: Cheshell

Housing unit: NorH 2-211   Date: Oct 8-21

Submitted to: Dr. Medical

**Request:**

why am i not assigned a bottom bunk bottom tier pass? According to custody

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

Acted on by (print name): S. Charles

Title: APRN

**Action taken and/or response:**

Bottom bunk/Bottom tier are not assigned indefinitely after you had an injury. We need to reassess need every year. After the patient recovers from the injury the order for Bottom Bunk is removed.

*continue on back if necessary*

Staff signature: _[signature]_

Date: 10-8-21

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordan Sr.  **Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution  **Housing unit:** East-3-303  **Date:** 9-19-22

**Submitted to:** Warden Reis, Dep Mullez, Dep. Pierce/Calo, Unit Mayo

**Request:**

I needed mental health at 12:00am on Sunday morning and none was available and i was left to be in distress, not knowing if i was going to hurt myself or someone or both. I was told by medical R.N. that, there was no mental Health available, and he could place me on B.O.S. until Mental Health become available. there fore telling me that, I would have to suffer, solitary confinement, Torture, because i needed mental health intervention. so if i wanted to hurt myself or some one else, why would i admit to it if i know) i was gonna be placed in Solitary Confinement. this is inhumane and cruel

*continue on back if necessary*

**Previous action taken:** and unusual punishment, and Deliberate Indifference.

*continue on back if necessary*

**Acted on by (print name):**  **Title:**

**Action taken and/or response:**

B.O.S is not a punishment, and is not used for such purposes. Its initiated to prevent offenders from potentially harming themselves, others, etc. Its purpose is to enhance safety and observation in a location where 15 minute tours are conducted.

*continue on back if necessary*

**Staff signature:** D.W. Pierce  **Date:** 5/26/22

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

Inmate name: Victor L. Jordan Sr.

Inmate number: 165080

Facility/Unit: **Cheshire Correctional Institution**

Housing unit: East-3-303

Date: 5-15-22

Submitted to: Mental Health Dep. Dr. Wolf Craig

Request:

I needed mental Health at 12:00 PM on 5-15-22, and was told by medical RN, that no one was available, i was in an agitated state of mind and self destructive, and Just needed to talk to someone, to help relieve my stress, and was told there was no one available to talk with me from mental Health or an APRN, who is only available to substitute for official Mental Health, and they weren't available, this is a major problem that need to be addressed, because if i decided to hurt myself and or somebody else. This matter "Need's to be fixed!!!

continue on back if necessary

Previous action taken:

MAY 2 6 2022

Mental Health Unit
Received

MAY 2 6 2022

MH Level: 3
Clinician: SS

continue on back if necessary

Acted on by (print name): DR WOLF Craig

Title: supervising psychology

Action taken and/or response:

On 5/15 at 12pm (noon) we had staff on site to meet with you. If it was 12am (midnight), CCI and all other prisons do not have staff on site and you would be seen the next day.

continue on back if necessary

Staff signature: Wolf Craig PhD

Date: 5/26/2022



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordan Sr.

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution

**Housing unit:** East-3-3

**Date:** 6-18-22

**Submitted to:** Intelligence Division, Cpt. Remytz

**Request:**

I require preservation of East-3, Verint Video Low side 3 Cell, and Bubble area. aproximate Time of 9:00 AM to 5:00 PM on 6-18-22 Saturday. Re, a Medical emergency, Where i informed C/o of my distress and RN Dave, i was having problem breathing and chest pains.

Also for the Time of 5:00 PM to aprox. 7:34 and to 11:00 PM Where i informed Second shift C/o of my condition at the time and for him to call Medical and also to document begining of hunger Strike. C/o OSTUNO, 2nd shift, Millian 1st shift, LT. Whitted 1st & 2nd shift

*continue on back if necessary*

**Previous action taken:** RN Dave

*continue on back if necessary*

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:**

**Date:**



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

Facility/Unit: _Gardner C.I._  Date: _7-15-22_

Inmate name: _Victor L. Jordan 45._  Inmate number: _165080_

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I was absolutely denied medical attention by custody and medical, on the day of this incident, where i was having breathing problems, and chest pains, that i informed officer of in East-3, the fact that it took medical to bring me an inhaler an hour, after my complaint, is one thing, and the second is when RN Rose arrived i informed him that i needed to have my chest checked, he refused and walked away and never returned, I repeatedly informed C/O Milliam of my distress, his response was that the Lt. (supervisor) was coming to see me, which never occurred, and next thing I remember was waking up aprox. 3 hours later on the floor fully clothed in tans and shoes. I believe that all of this was retaliation by medical and custody. I did not receive med. attention until 3rd shift. I went enrolled Filed. I went on hunger strike for 6 days.

Inmate signature: _[signature]_  Date: _7-15-22_

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 7/18/2022  IGP #: 125-23-047

Disposition: Denied  Date of Disposition: _8/24/2022_

Reason:

This grievance you filed pertaining to receiving of medical attention, was reviewed. Following the review of this matter it was determined that you were seen by medical staff on 6/18/2022. At this time, you were assessed by Medical staff, but refused treatment. Therefore, this grievance is denied.

☐ This decision is not subject to further appeal.

☒ This matter may be appealed within 5 calendar days.

Staff Name Print: _Warden Reis_

Signature: _[signature]_  Date: _8/24/2022_



August 09, 2022

Victor Jordan 165080
900 Highland Ave.
Cheshire Correctional
Cheshire CT 06410

Dear Mr. Jordan,

This office has been provided a letter of concern from you addressed to multiple members of the DOC. I am copied on this as is Commissioner Quiros. This is your formal review / response.

In order to review this situation records from the local facility were collected for review and staff were also contacted directly regarding the encounter with medical staff on 6/18/22 in your unit. As you did not grieve this encounter through the administrative remedy process of health services there were no records there to review.

The encounter was reviewed by the local nursing supervisor on 6/20/22 and again on 6/28/22. He reviewed the notes that you were offered and refused an inhaler, that you were speaking in full sentences with no obvious respiratory distress and that at the time you were found to have been yelling and cursing. The nurse reported 3 attempts to offer you the inhaler while on the unit refusing the care offered. The nurse supervisor identified the triage as appropriate and found no fault with the manner in which you were assessed but on further review it was found to have potential areas for improvement that may remedy an encounter of this nature in the future. As such it will be discussed at the facility Quality Improvement meeting where this concern, although de identified, will be reviewed in an interdisciplinary fashion.

Thank you for the opportunity to improve services. Please continue to address concern locally through writing and in person hopefully without resorting the vulgarities, yelling and hunger strike as occurred on that day.

Regards,

Colleen Gallagher, MA, CADAC, CCHP,
Compliance unit
24 Wolcott Hill Rd
Wethersfield, CT 06109

Copy: Commissioner Quiros
COO Dr. Robert Richeson
CNE Michel Nicholson

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire

Housing unit: East-3-3

Date: 3-3-22

Submitted to: Unit Manager: James Watson

Request: Why are we not getting out-side recreation, like the other units' in this facility; North units, and South units. This is a violation of my civil/Constitutional Rights. The fact That i am a level 4, inmate in this facility; and others who reside here that are label 4 inmates, in other units, who are similarly situated who are intitled to out-side recreation, as well as inside rec, at the same time of their Rec. in the day time, and i am denied that same privledge and according to the Constitution of the United States, you are violating; my and the rest of the inmates in this unit; 14 Amendment Rights. You have been given Notice, so as to correct violation.

*continue on back if necessary*

~~strikethrough text~~ C.C. Warden Reis

C.C. Dep. warden: Mulvez

C.C. Dep. warden: pierce

C.C. Comm. of Corr. Angel Quiros

C.C. Dist. Admin. William Mulligan

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: Cheshire C.I. | Date: 3-11-22 |
| Inmate name: Victor L. Jordan Sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT. CN9601 attached with no response. dated: 2-17-22

Regarding not having direct access to mail box, medical, Admin Remedies leaving us to trust other inmates to place confidential, and personal information in the boxes down stairs for us. Also the cell I am housed in is not the same as other cells in this facilitys other units, where inmates are similarly situated as a level 4 inmate. The cell have no tables, no cable outlets like the cells in the other units. This is discrimination, and a liberty interest violation. The remedy is obvious that these issue have to be rectified by installation of all these furnishings

| Inmate signature: | Date: 3-11-22 |

- Deposit this form in the "Administrative Remedies" box .

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 3/16/2022 | IGP #: 125-22-312 |
| Disposition: Denied | Date of Disposition: 5/9/2022 |

Reason:

This grievance you filed pertaining to the housing conditions in East Block 3, was reviewed. Following the review of your claims it was determined that the housing conditions in EB3 are up to standard. You have access to the boxes in the EB hallway, while the boxes are being installed in the unit. The amount of channels you receive, remains consistent with basic cable available in units with wall jacks. In units which do not have wall jacks, inmates are to use an antenna, which is available for purchase through commissary. Also you have access to tables in the unit's day room. Therefore, this grievance is denied.

| ☐ This decision is not subject to further appeal. | ☒ This matter may be appealed within 5 calendar days. |

| Staff Name Print: Warden Reis | |
| Signature: | Date: 5/9/2022 |



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

| Inmate name: Victor L. Jordan sr. | | Inmate number: 165080 |
|---|---|---|
| Facility/Unit: Cheshire C.I. | Housing unit: East-3-3 | Date: 5-11-22 |
| IGP number: 125-22-312 L2 | | |

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
    o All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
    o Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: With all due respect, there are legal standards that state that people (prisoners) who are similarly situated, are suppose to be provided with the same general furnishing, and or any other amenitys. The Constitution calls this "Equal Protection, Liberty Interest." And Although you refer that we have tables in the dayroom that is insufficient, for 1, that doesn't suffice, unless im allowed to have access to that Table for the same amount of time that I have to spend in the cell. 2. I write everyday for hours at a time, and i have to do it hunched over, and my Back is giving me serious pain, and my neck as well. 3. The D.O.C knows that there are suppose to have the proper furnishings in these cells for the basic comforts. The fact that i have mental illness and this conditions and treatment has exacerbated my anxiety and PTSD, I believe, and feel this placement is done vindictivel and with malicious intent to hurt me. Fix the problem with the furnishing and Mail box

Inmate signature: _[signature]_                Date: 5-11-22

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 5/18/22 | Disposition: **Denied** | Date of disposition: 5/31/22 |
|---|---|---|

Reasons:

    You are appealing a level one grievance (125-22-312) regarding physical conditions at Cheshire C.I. The response given by Warden Reis was appropriate. While the East Block 3 may contain less amenities as other units within the facility, you do have access to directly mail items without utilizing other inmates. Your level 2 grievance appeal is denied.

| Level 2 reviewer print name: RODRIGUEZ | Title: DA |
|---|---|
| Level 2 reviewer signature: _[signature]_ | Date: 5/31/22 |

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☑ This decision is not subject to further appeal.

*"Rejected" because of "repetition"*



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: | Cheshire C.I. | Date: 3-15-22 |
|---|---|---|
| Inmate name: | Victor L. Jordan sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

The fact that East unit 3 does not have the necessary boxes for mail, medical, mental Health, Admin. Remedies, is rediculous and a confidential, security, and priviledge issue. Also the fact that we do not have out-lets for cable analog channels for our TVs is unfair, because the rest of General population in this facility have, and we all are similarly situated, so we are all suppose to be afforded the same amenities, and or accommodations, furnishings etc. in accordance to A.D and Constitution, equal protection and liberty interest. The defficiencies need to be rectified, although i have already suffered from the lack thereof over past few weeks housed in this unit.

| Inmate signature: | Date: 3-15-212 |
|---|---|

- Deposit this form in the "Administrative Remedies" box .

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 3/18/2022 | IGP #: 125-22-318 |
|---|---|
| Disposition: Rejected | Date of Disposition: 5/9/2022 |

Reason:

This grievance you filed pertaining to your housing conditions, was reviewed. Following the review of this grievance, it was determined this grievance addresses a similar matter and has a similar remedy to grievance IGP# 125-22-312. In, accordance with AD 9.6 any repetitive request for an administrative remedy filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response shall be rejected.

| ☒ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

| Staff Name Print: Warden Reis | |
|---|---|
| Signature: | Date: 5/9/2022 |



4 copy

Re. Back Pein

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 3-16-22

Submitted to: Warden Reis, Depwarden Nunez, Pierce

**Request:**

At aproximately 5:10<sup>PM</sup> c/o Guerrera was informed by myself that i required to see mental health, and he started using profanity, saying "Why do you fucking want to see mental Health for, because your not getting recreation, im not fucking calling them for you". I told him that i need to see mental Health, and that its not his business, as to why i needed to see them. He then came back to my cell, telling me that mental Health said uless i was gonna hurt myself, i was gonna be seen go write a request. I should't have to be ready to hurT self. To see M.H.

*continue on back if necessary*

**Previous action taken:**

C.C. comm.of corr. Angel Quiros
C.C. William Mulligan
c.c. M.H. Dr. Kocienda

*continue on back if necessary*

Acted on by (print name): CAPT. CORREIA

Title:

Action taken and/or response: MR. JORDAN ALL STAFF ARE ROUTINELY REMINDED TO BE PROFESSIONAL AT ALL TIMES. AS YOU ARE WELL AWARE OF THE MENTAL HEALTH PROCESS, IF A MENTAL HEALTH STAFF MEMBER CAN SEE YOU AT THAT TIME THEY ARE INSTRUCTED TO DO SO, DEPENDING ON ON GOING FACILITY OPERATIONS AS WELL. I SUGGEST YOU BRING YOUR IMMEDIATE CONCERN TO THE AREA SUPERVISOR AS THEY MAY BE ABLE TO GIVE YOU BETTER DIRECTION AT THAT SPECIFIC MOMENT.

*continue on back if necessary*

Staff signature:

Date: 3/23/22



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: | Cheshire C.I. East-3-3 | Date: 4-4-22 |
|---|---|---|
| Inmate name: | Victor L. Jordan Sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT. CN9601 date 3-16-22

The response to my CN9601 is insufficient. The fact that said C/o Guerrara was in fact very unprofessional, And that is Typical of most of D.O.C, No Accountability. The fact that mental Health claim that they weren't available because of; "On Going Facility Operations" is a testament that MentalHealth staff is inadequate at best. The fact that this facility doesn't have Mental Health available 24/7 is one major problem itself. But to not even have staff available on days that their purpose to be present. Although in this case, They were available, according to unprofessional C/o Guerrera, informing me that, MentalHealth Said To Tell Me unless i was intending to hurt myself. i wasn't going to been attended to. Using that method to intim-idate, and threaten the placement in "Solitary Confinement (RHU) Therefore preventing inmates from seeking care. This method is going to change one way or another. either you remedy !?

Inmate signature: _____  Date: 4-4-22

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 4/5/2022 | IGP #: 125-22-338 |
|---|---|

| Disposition: Rejected | Date of Disposition: 5/13/2022 |
|---|---|

Reason:
The request for administrative remedy fails to satisfy the procedural requirements. In accordance with AD 9.6, the request for an administrative remedy and the action sought should be stated simply and coherently. Also, each request for an administrative remedy must be filed separately, in writing, on an original form, containing an original signature and date.

☒ This decision is not subject to further appeal.  ☐ This matter may be appealed within 5 calendar days.

| Staff Name Print: Warden Reis | |
|---|---|
| Signature: | Date: 5/13/2022 |



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| | |
|---|---|
| Facility/Unit: Cheshire C.I. | Date: 6-1-22 |
| Inmate name: Victor L. Jordan Sr. | Inmate number: 165080 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

The fact that there wasn't any Mental Health Available at the time, at a level 4 Facility is one problem, (Deliberate Indifference) a Violation of Americans with Disability Act. by not supplying a sufficient amount of Mental Health (qualified) personell, D.O.C is Violating our federal Disability Rights. The issue being grieved, is The B.O.5, it is infact meant to be Punitive in nature, and I know this for a fact as well as D.O.C does, you use the tactics of the threat of B.O.9 (placement in Solitary Confinement,) segregation, RHU; where the conditions are horrible, inhumane and intentionally to be With Malicious intent; to prevent inmates from in-voking their right to be seen by a qualified mental health worker, or be subjected to Punishment Placing them in a more depressing and stressful environment, Which prevents D.O.C of providing Mental health on all shifts 7 days. D.O.C need to provide that service

Inmate signature: _____  Date: June 1, 2022

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| | |
|---|---|
| Date Received: 6/2/2022 | IGP #: 125-22-388 |
| Disposition: ~~Rejected~~ Denied | Date of Disposition: 6/14/2022 |

Reason:

This grievance pertaining to the utilization of Behavior Observation Status was reviewed. Be advised DW Pierce gave you an appropriate response. Per AD 8.5 Behavior Observation Status is an intervention to extinguish maladaptive behaviors while maintaining safety and security of the inmate. Therefore, this grievance is denied.

| | |
|---|---|
| ☒ This decision is not subject to further appeal. | ☒ This matter may be appealed within 5 calendar days. |

| | |
|---|---|
| Staff Name Print: Warden Reis | |
| Signature: | Date: 6/14/2022 |



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

12-12-22 CN 8901
TO
1-24-23 Rev. 05/06/2021

| ☐ Facility/Unit: | Garner | Date: | 12-12-22 |
| Inmate Name: | Victor W. Jordan | Inmate Number: | 165080 |

## Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☐ Diagnosis/ Treatment ☑ Administrative

## Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

### Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

## Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. This is in Re. to the inadequate response from Colleen. Just like the Dep. you are the head of. And if we have to write "legible" then you all should do so as well. What i can premise, is that the scratch, says that the issue Re. my Back pain has been addressed, already." If that was the case, then there would be a treatment plan. and me not writing these gri- -evances. you all have a disconnect somewhere and you and your Agents comm- -rades/colleagues are liable, and Deliberately Indifferent. And some one has to be held accountable". And Colleen your lessers are not even responsing to these Grievances and or CN9601's request. And about the mattress, you knew about it, i Just got the recent civil case Re. matter, and the inadequacy of the old mattreses that you all subjected us to for all these years. and my back and shoulders are the end results of medical Dep. and D.O.C, cruel and unusual punishment and Deliberate Indifference. I want my back treated ASAP. please 😔



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 3-11-22

Submitted to: Medical OR.

**Request:**

I have been having serious pain in my back, lower and middle, every since i had to write on legal box, because The cells in the East units are not equipped with Tables, and i write allot, and im required to, because i have a number of legal cases pending, and i represent myself on all, so i don't have a choice, I have to write. Not having the propper furnishings in cell, is causing me major hardship and messing up my back and Neck. I have to write in a hunched over position for hours on end, every day, i can barely stand up straight with out pain.

*continue on back if necessary*

**Previous action taken:**

C.C. warden Reis
C.C. James watson, unit mang.
C.C. ADA: Colleen Galagher

MAR 15 2022

*continue on back if necessary*

Acted on by (print name): S. Charles

Title: APRN

**Action taken and/or response:**

Please check with custody as far as furnishing issues.

*continue on back if necessary*

Staff signature:

Date: 3-16-22



Re: Back page

# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

Facility/Unit: Cheshire C.I.

Date: 3-15-22

Inmate name: Victor L. Jordan Sr.

Inmate number: 165080

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

The East block ventilation system are in fact connected, and at the time of my placement in this unit East-3. i was exposed to the virus, putting my health at risk and life. The conditions of these three units are inhumane and cruel in nature, and are not up to the standards for human living.

East units need to be brought up to code regarding all of it's defficiencys.

Inmate signature: _____

Date: 3-15-22

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 3/18/2022

IGP #: 125-22-317

Disposition: Denied

Date of Disposition: 5/9/2022

Reason:
This grievance you filed pertaining to the East Block ventilation system, was reviewed. Following the review of your claims it was found that the ventilation systems in East Block are not connected and the East Block units are up to correctional standards. Therefore, this grievance is denied.

☐ This decision is not subject to further appeal.

☒ This matter may be appealed within 5 calendar days.

Staff Name Print: Warden Reis

Signature: _____

Date: 5/9/2022



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

Inmate name: Victor L. Jordon s/o

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 5-11-22

IGP number: 125-22-317

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: That is a Bold face lie, and you Cheshire administration know it! The ventilation systems are in fact connected, you all forget that I live here. So unless there is a Technilogical system in place that I am not aware of. that scientifically distribute the air threw these ventilation systems that supply air to each cell, unit etc. And if so, I need to see the documentation that reflects that.

Other than you need to cease and desist placing covid positive people in East unit with this open ventilation system.

Inmate signature:

Date: 5-11-22

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: 5/18/22

Disposition: **Denied**

Date of disposition: 6/16/22

Reasons:

*You are appealing a level one grievance regarding physical conditions (ventilation) at Cheshire C.I. The response given by Warden Reis was appropriate. The ventilation system is not interconnected and does not recirculate air. Your level 2 grievance appeal is denied.*

Level 2 reviewer print name: RODRIGUEZ

Title: DA

Level 2 reviewer signature:

Date:

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☒ This decision is not subject to further appeal.

# Inmate Request Form
## Connecticut Department of Correction



CN 9601
REV 1/31/09

**NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE**

**Inmate name :** Victor L. Jordan Sr.

**Inmate number:** 165080

**Facility/Unit: Cheshire Correctional Institution**

**Housing unit:** East-3-3

**Date:** June 9, 2022

**Submitted to:** Medical Dept, Dr / Ortho

**Request:**

This concerning my achilles injury, i'm still having a problem with feeling my toes, and having strength in them, when i work out my leg, my toes automatically curl up, which cause chafeing to the tips of my toes, causing pain. My injury happened June 2018, and i have yet to receive one session of therapy, and UCONN, Doctors, put in my file that i was to receive physical therapy, and the D.O.C Medical dep. has yet to comply with Doctors orders. I think i need the surgery, i want my full or close to full functioning and feeling back.

*continue on back if necessary*

**Previous action taken:**

C.C. Angel Quiros, comm of Corr.

C.C. Warden Jennifer Reis

C.C. Regional Medical Sup:

C.C. ADA Liason:

*continue on back if necessary*

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:**

**Date:**



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

## Acknowledgement - Receipt of FOI Documents  *Please sign and return to F.O.I*

I, _____Jordan, V_____ # _165080_____

(PRINT NAME)                  (INMATE ID #)

on this date ___4/25/2022_____ acknowledge that I have
received the responsive documentation to my FOI request pursuant to the
Freedom of Information Act.

_____

SIGNED

_____        _____

SIGNED / STAFF DELIVERING RESPONSE                                DATE

_____Single cell Status_____

## Withdrawal of Complaint to FOIC

By my signature below, I withdraw my complaint filed with the Freedom of Information

Commission, as related to the responsive documentation I have received.

_____

SIGNED

_____        _____

SIGNED / STAFF DELIVERING RESPONSE                                DATE

_____

SUBJECT MATTER of REQUEST

DOC FOI Unit Forms/2009

*An Equal Opportunity Employer*

Single cell

| SINGLE CELL STATUS INMATE | | | UPDATED 2/09/2022 |
|---|---|---|---|
| INMATE NAME | HOUSING | NUMBER | START REASON / START DATE |
| JORDAN, VICTOR | NB145 | 165080 | PER WARDEN REIS |

Single cell

# Inmate Administrative Remedy Procedure –
## Notice of Time Extension
### Connecticut Department of Correction

CN 9607
REV
04/30/2021

Inmate name: Jordan, Victor

Inmate number: 165080

IGP #: 125-22-317

Remedy Type: 1

Facility/Unit: CCI

Housing unit: EB3

Date: 4/29/2022

Your grievance/appeal is currently pending at:

It appears that the time needed to investigate and respond to you will exceed the timeframe established by Administrative Directive 9.6, Inmate Administrative Remedies. I am, therefore, notifying you that the time frame has been extended at this level so that the issue can receive full consideration.

Additional comments:

Administrative Remedies Coordinator Print: Cooper

Title: CC

Signature: Cooper

Date: 4/29/2022



# Inmate Administrative Remedy Procedure –
## Notice of Time Extension
### Connecticut Department of Correction

CN 9607
REV
04/30/2021

Inmate name: Jordan, Victor

Inmate number: 165080

IGP #: 125-22-318

Remedy Type: 1

Facility/Unit: CCI

Housing unit: EB3

Date: 4/29/2022

Your grievance/appeal is currently pending at:

It appears that the time needed to investigate and respond to you will exceed the timeframe established by Administrative Directive 9.6, Inmate Administrative Remedies. I am, therefore, notifying you that the time frame has been extended at this level so that the issue can receive full consideration.

Additional comments:

Administrative Remedies Coordinator Print: Cooper

Title: CC

Signature: Cooper

Date: 4/29/2022

6 Copys

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire

Housing unit: East-3 - 3

Date: 3-3-22

Submitted to: Unit Manager: James Watson

Request: Why are we not getting out-side recreation, like the other units' in this facility; North units, and South units. This is a Violation of my civil/Constitutional Rights. The fact That i am a level 4, inmate in this facility; and others who reside here that are label 4 inmates, in other units, who are similarly situated who are entitled to out-side recreation, as well as inside rec, at the same time of their Rec. in the day time, and i am denied that same privilledge and according to the Constitution of the united States, you are violating; my and the rest of the inmates in this unit; 14 Amendment Rights. you have been given Notice, so as to correct violation.

*continue on back if necessary*

c.c. Warden Reis
c.c. Dep. Warden: Muller
c.c. Dep. warden: Pierce
c.c. Comm. of Corr. Angel Quiros

C.c. Dist. Admin. William Mulligan

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

**NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE**

**Inmate name :** Victor L. Jordan Sr.

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution | **Housing unit:** East-3-3 | **Date:** 6-18-22

**Submitted to:** Medical Dep. CC. Colleen Gahlager, C.C. Medical Dep. Supervisor: Mauar CC. Comm of Corr. Angel Quiros

**Request:**

On the above date, at approximately 11:00^am i informed C/O that i was having a hard time breathing and chest pains, he called to Medical and RN Dave informed him that i had an inhaler, and i informed C/O that i had exhausted the device and required a new one, he informed medical and RN Dave said he would bring to me immediately, he did not show up for an hour or so, after i had informed C/O of my chest pain. RN offered the new inhaler, where I told him i needed my chest to be checked and he just walked away. I expected to be checked by him and or brought to medical which did not happen, because RN Dave told him that not to send me, because

*continue on back if necessary*

**Previous action taken:** he wanted me to "flipp out" according to inmate in the vacenity to have heard him saying. at some point in time i passed out and woke up in all my clothes and shoes at aprox. 3:30^pm and at aprox. 4:00^pm LT Whittel did his Tour, where i informed him of situation, and that i was going on hunger strike I will not be ending until these or whoever responsible is fired.

*continue on back if necessary*

**Acted on by (print name):** | **Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:** | **Date:**

# Inmate Request Form
## Connecticut Department of Correction

2-17-22
to
3-11-22

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East -3- 3

Date: 2-17-22

Submitted to: Unit Mang, James Watson, Warden, Reis, Dep, Wardens, Nunez,

Request: — Pearce.

This concerns the fact that there are no "Boxes" for U.S. Mail, and or Medical Dep, Grievance, and administation. The fact that i have to give mail to an inmate to "place in a box some where other than this unit" Is a major problem, A violation of privacy, and a secu--rity threat to my family, as well as Legal mail. Inmates are not suppose to handle other inmates personal mail and or Legal mail, as well as Medical info. so i expect this matter to be rectified within a week. Also there should be cable TV out lets (Direct TV) for our tvs' the same as all the other units in this facility, This a 14th Amendment violation and discrimination against me And others, for being on single cell status. continue on back if necessary put memo that we can put in Box-ourselves.

Previous action taken:

CoCo commr, Angel Quiros
CoCo William Milligan
CoCo Karen Martucci

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

2-16-22
To
3-11-22

NO: NAME NO: INMATE# NO: HOUSING UNIT-CELL NO: DATE=NO RESPONSE

Inmate name: Victor L. Jordan sr

Inmate number: 165080

E1303

Facility/Unit: **Cheshire Correctional Institution**

Housing unit: North-1 45

Date: 2-16-22

Submitted to: Warden, Reis, Dep. Wardens, Nullez, Pierce, Unit Mang. Watson

Request: This is regards to the moving of me to east unit because I am single cell. 1. I am giving you Notice, that if you still have un-sentenced inmates in that unit, it will be an 8th Amendment violation, 2. If quarintine for Covid-19, is still in East-2, you are putting my health at risk and life. I am not vaccinated and the fact that the ventilation is all connected and not hermetically sealed off from other units. 3. The fact that i have filed numerous civil action, and grievances on capt. Watson, and all of this administration, concerning the Inhumane and cruel and unusual conditions and the violation of inmates civil rights. 4. Also I fear for retaliation from James Watson and others in cahoots with him. 5.-

continue on back if necessary

Previous action taken:- The fact that i have just suffered recent retaliation by you all on 1-23-22, is a clear risk to my safety and security. If you want to tran--sfer me to another facility so be it. You all have been given Notice.
C.C. Ned Lamont      C.C. pop. mang. Dale Maiga      C.C. Will Mulligan
C.C. Angel Quiros      C.C. Karen Martucci

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response: E3 is a sentenced population. The vents are not connected, however you should continue to wear your mask when you exit your cell to assist in keeping your health intact. Please continue to utilize the administrative remedy process. As an administration we will will look and address your concerns accordingly.

continue on back if necessary

Staff signature: D.W. Pierce

Date: 3/14/22



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

| Facility/Unit: Cheshire C.I. | Date: 3-11-22 |
| Inmate name: Victor L. Jordan Sr. | Inmate number: 165083 |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT. CN9601 attached with no response. dated: 2-17-22

Regarding Not having direct access to mail box, medical, Admin. Remedies leaving us to trust other inmates to place confidential, and personal information in the boxes down stairs for us. Also the cell i am housed in is not the same as other cells in this facilitys other units, where inmates are similarly situated as a level 4 inmate. The cell have no Tables, no cable outlets like the cells in the other units. This is discrimination, and a liberty interest violation. The remedy is obvious that these issue have to be rectified by installation of all these furn- -ishings

| Inmate signature: | Date: 3-11-22 |

- Deposit this form in the "Administrative Remedies" box.

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 3/16/2022 | IGP #: 125-22-312 |
| Disposition: Denied | Date of Disposition: 5/9/2022 |

Reason:

This grievance you filed pertaining to the housing conditions in East Block 3, was reviewed. Following the review of your claims it was determined that the housing conditions in EB3 are up to standard. You have access to the boxes in the EB hallway, while the boxes are being installed in the unit. The amount of channels you receive, remains consistent with basic cable available in units with wall jacks. In units which do not have wall jacks, inmates are to use an antenna, which is available for purchase through commissary. Also you have access to tables in the unit's day room. Therefore, this grievance is denied.

| ☐ This decision is not subject to further appeal. | ☒ This matter may be appealed within 5 calendar days. |

| Staff Name Print: Warden Reis | |
| Signature: | Date: 5/9/2022 |



Inmate name: Victor L. Jordan sr.          Inmate number: 165080

Facility/Unit: Cheshire C.I.     Housing unit: East-3-3     Date: 5-11-22

IGP number: 125-22-312 L2

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: With all due respect, there are legal standards that state that people (prisoners) who are similarly situated, are suppose to be provide with the same "general furnishing" and or any other amenitys. The constitution calls this "Equal Protection, Liberty Interest". And Although you refer that we have tables in the dayroom, that is insufficient, for 1. that doesn't suffice, unless im allowed to have access to that Table for the same amount of time that I have to spend in the cell. 2. I write every day for hours at a time, and i have to do it hunched over. and my Back is giving me serious pain, and my neck as well. 3. The D.O.C knows that there are suppose to have the proper furnishings in these cells for the basic comforts. The Fact that i have mental illness and this conditions and treatment has exacerbated my anxiety and PTSD, I believe and feel this placement is done vindictivel and with malicous intent to hurt me. Fix the proble with the furnishing and Mail box

Inmate signature: _____     Date: 5-11-22

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: | Disposition: | Date of disposition:

Reasons:

Level 2 reviewer print name: | Title:

Level 2 reviewer signature: | Date:

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☐ This decision is not subject to further appeal.



# Inmate Request Form
## Connecticut Department of Correction

2-17-22
To
3-11-22

CN 9601
REV
04/30/2021

| Inmate name: Victor L. Jordan sr. | Inmate number: 165080 |
|---|---|

| Facility/Unit: Cheshire C.I. | Housing unit: East-3-3 | Date: 2-17-22 |
|---|---|---|

Submitted to: CWit Mang. James Watson, Warden, Reis, Dep. Wardens, Nunez,

Request: - Pearce.

This concerns the fact that there are no "Boxes" for U.S. Mail, and or Medical Dep, Grievance, and administration. The fact that i have to give mail to an inmate to "place in a box some where other than this unit" Is a major problem, A violation of privacy, and a secu--rity threat to my family, as well as Legal mail. Inmates are not suppose to handle other inmates personal mail and or Legal mail, as well as Medical info. So i expect this matter to be rectified within a week. Also there should be cable TV outlets (Direct TV) for our tvs' the same as all the other units in this facility, This a 14th Amendment violation and discrimination against me and others, for being on single cell status.

continue on back if necessary put memo that we can put in box — ourselves.

Previous action taken:

C.C. comm. Angel Quiros
C.C. William Milligan
C.C. Karen Martucci

continue on back if necessary

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

continue on back if necessary

| Staff signature: | Date: |
|---|---|



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: *Cheshire C.I.* | Date: *3-15-22* |
|---|---|
| Inmate name: *Victor L. Jordan sr.* | Inmate number: *165080* |

## INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

## STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

The fact that East unit 3 does not have the necessary boxes for mail, medical, mental Health, Admin. Remedies, is rediculous and a, Confidential, security, and priviledge issue. Also the fact that we do not have out-lets for cable analog channels for our TVs' is unfair, because the rest of General population in this facility have, and we all are similarly situated, so we are all suppose to be afforded the same amenities, and or accomodations, furnishings etc. in accordance to A.D and Constitution, equal protection, and liberty interest. The defficiencies need to be rectified, although i have already suffered from the lack thereof over past few weeks housed in this unit.

| Inmate signature: | Date: *3-15-22* |
|---|---|

- Deposit this form in the "Administrative Remedies" box .

## DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: |
|---|---|
| Disposition: | Date of Disposition: |

Reason:

| ☐ This decision is not subject to further appeal. | ☐ This matter may be appealed within 5 calendar days. |
|---|---|

Staff Name Print:

| Signature: | Date: |
|---|---|

# Inmate Request Form
## Connecticut Department of Correction

2-17-22
to
3-11-22

CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 2-17-22

Submitted to: Unit Mang, James Watson, Warden, Reis, Dep. Wardens, NuNez, Pearce.

Request: — This concerns the fact that there are no "Boxes" for U.S. Mail, and or Medical Dep, Grievance, and administation. The fact that i have to give mail to an inmate to "place in a box some where other than this unit" Is a major problem, A Violation of privacy, and a security threat to my family, as well as Legal mail. Inmates are not suppose to handle other inmates personal mail and or Legal mail, as well as Medical info. So i expect this matter to be rectified within a week. Also there should be cable TV out lets (Direct TV) for our tvs' the same as all the other units in this facility, This a 14th Amendment Violation and discrimination against me and others, for being on single cell status.

**continue on back if necessary**

Previous action taken:

C.C. comm. Angel Quiros
C.C. William Mulligan
C.C. Karen Martucci

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:
Boxes are currently being made and will be installed. Outgoing correspondence can be placed in the counselors box in the interim.

**continue on back if necessary**

Staff signature: D.W. Pearce

Date: 3/11/22

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

2-16-22
TO
3-11-22

NO NAME NO INMATE# NO HOUSING UNIT-CELL NO DATE=NO RESPONSE

Inmate name: Victor L. Jordanson

Inmate number: 165080

Facility/Unit: **Cheshire Correctional Institution**

Housing unit: North-1 45

Date: 2-16-22

Submitted to: Warden, Reis, Dep. Wardens, Nuñez, Pierce, Unit Mang. Watson

Request: This is regards to the moving of me to east unit because I am single cell. 1. I am giving you Notice, that if you still have un-sentenced inmates in that unit, it will be an 8th Amendment Violation, 2. If quarintine for covid-19, is still in East-2, you are putting my health at risk and life, I am not vaccinated and the fact that the ventilation is all connected and not hermetically sealed off from other units. 3. The fact that i have filed numerous civil action, and grievances on capt. Watson, and all of this administration, concerning the, Inhumane and cruel and unusual conditions and the violation of inmates civil rights. 4. Also I fear for retaliation from James Watson and others in cahoots with him. 5.—

*continue on back if necessary*

Previous action taken: —The fact that i have just suffered recent retaliation by you all on 1-23-22, is a clear risk to my safety and security. If you want to tran-sfer me to another facility so be it. You all have been given Notice.
C.C. Ned Lamont     C.C. pop mang. Dave Maiga     C.C. Will Mulligan
C.C. Angel Quiros    C.C. Karen Martucci

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response: E3 is a sentenced population. The vents are not connected, however you should continue to wear your mask when you exit your cell to assist in keeping your health intact. Please continue to utilize the administrative remedy process. As an administration we will review and address your concerns accordingly.

*continue on back if necessary*

Staff signature: D.W. Pierce

Date: 3/14/22



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

| Facility/Unit: Cheshire c.I. | Date: 3-15-22 |
|---|---|
| Inmate name: Victor L. Jordan sr. | Inmate number: 165080 |

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

The East block ventilation system are in fact connected, and at the time of my placement in this unit East-3. I was exposed to the virus, putting my health at risk and life. The conditions of these three units are inhumane and cruel in nature, and are not up to the standards for human living.

East units need to be brought up to code regarding all of its defficiencys.

| Inmate signature: | Date: 3-15-22 |
|---|---|

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 3/18/2022 | IGP #: 125-22-317 |
|---|---|
| Disposition: Denied | Date of Disposition: 5/9/2022 |

Reason:
This grievance you filed pertaining to the East Block ventilation system, was reviewed. Following the review of your claims it was found that the ventilation systems in East Block are not connected and the East Block units are up to correctional standards. Therefore, this grievance is denied.

| ☐ This decision is not subject to further appeal. | ☒ This matter may be appealed within 5 calendar days. |
|---|---|

| Staff Name Print: Warden Reis | |
|---|---|
| Signature: | Date: 5/9/2022 |



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

Inmate name: Victor L. Jordon s/n

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 5-11-22

IGP number: 125-22-317

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: That is a Bold face lie, and you Cheshire administration know it! The ventilation systems are in fact connected, you all forget that I live here. So unless there is a Technilogical system in place that I am not aware of, that scientifically distribute the Air threw these ventilation systems that supply air to each cell, Unit etc. And if so, I need to see the documentation that reflects that.

Other than you need to cease and desist placing Covid positive people in East unit w/ this open ventilation system.

Inmate signature: _____

Date: 5-11-22

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received:

Disposition:

Date of disposition:

Reasons:

Level 2 reviewer print name:

Title:

Level 2 reviewer signature:

Date:

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☐ This decision is not subject to further appeal.

# Inmate Request Form
## Connecticut Department of Correction

2-10-22
To
3-11-22

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

Inmate name: Victor L. Jordan sr          Inmate number: 165080

E3303

Facility/Unit: **Cheshire Correctional Institution**    Housing unit: North-1 45    Date: 2-16-22

Submitted to: Warden, Reis, Dep. wardens, Nuñez, Pierce, Unit mang. Watson

Request: This is regards to the moving of me to east unit because I am single cell. 1. I am giving you Notice, that if you still have un-sentenced inmates in that unit, it will be an 8th Amendment Violation. 2. If quarintine for Covid-19, is still in East-2, you are putting my health at risk and life. I am not Vaccinated and the fact that the Ventilation is all connected and not hermetically sealed off from other units. 3. The fact that i have filed numerous Civil action, and grievances on capt. Watson, and all of this administration, concerning the, Inhumane and cruel and unusual conditions and the violation of inmates Civil rights. 4. Also I fear for retaliation from James Watson and others in cahoot's with him. 5.

*continue on back if necessary*

Previous action taken: - The fact that i have Just suffered recent retaliation by you all on 1-23-22, is a clear risk to my safety and security. If you want to transfer me to another facility so be it. You all have been given Notice.

C.C. Ned Lamont    C.C. pop mang. Dave Maiga    C.C. Will Mulligan
C.C. Angel Quiros    C.C. Karen Martucci

*continue on back if necessary*

Acted on by (print name):        Title:

Action taken and/or response: E3 is a sentenced population. The vents are not connected, however you should continue to wear your mask when you exit your cell to assist in keeping your health intact. Please continue to utilize the administrative remedy process. As an administration, we will look into and address your concerns accordingly.

*continue on back if necessary*

Staff signature: D.W. Pierce    Date: 3/14/22

# Inmate Request Form
## Connecticut Department of Correction

2-17-22
To
3-11-22

CN 9601
REV
04/30/2021

| Inmate name: Victor L. Jordan sr. | Inmate number: 169080 |
|---|---|

| Facility/Unit: Cheshire C.I. | Housing unit: East-3-3 | Date: 2-17-22 |
|---|---|---|

Submitted to: Unit Mang. James Watson, Warden, Reis, Dep. Wardens, NuNez, Pearce.

Request: — 

This concerns the fact that there are no "Boxes" for U.S. Mail, and or Medical Dep, Grievance, and administation. The fact that i have to give mail to an inmate to "place in a box some where other than this unit" Is a major problem, A violation of privacy, and a security threat to my family, as well as Legal mail. Inmates are not suppose to handle other inmates personal mail and or Legal mail, as well as Medical info. So i expect this matter to be rectified within a week. Also there should be cable TV outlets (Direct TV) for our tvs' the same as all the other units in this facility, This a 14th Amendment violation and discrimination against me and others, for being on single cell status.

**continue on back if necessary**

Previous action taken:

C.C. comm. Angel Quiros
C.C. William Mulligan
C.C. Karen Martucci

**continue on back if necessary**

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

Boxes are currently being made and will be installed. Outgoing correspondence can be placed in the counselors box in the interim.

**continue on back if necessary**

| Staff signature: D.W. Pierce | Date: 3/14/22 |
|---|---|

# Inmate Request Form
## Connecticut Department of Correction

4 copies
MY COPY

2-17-22
to
3-11-22

CN 9601
REV
04/30/2021

| | |
|---|---|
| Inmate name: Victor L. Jordan sr. | Inmate number: 169080 |
| Facility/Unit: Cheshire C.I. | Housing unit: East-3-3 | Date: 2-17-22 |

Submitted to: Unit Mang. James Watson, Warden, Reis, Dep. Wardens, Nunez,

Request: — Pearce.

This concerns the fact that there are no "Boxes" for U.S. Mail, and or Medical Dep, Grievance, and administration. The fact that i have to give mail to an inmate to "place in a box somewhere other than this unit" is a major problem, A violation of privacy, and a security threat to my family, as well as legal mail. Inmates are not suppose to handle other inmates personal mail and or legal mail, as well as Medical info. So i expect this matter to be rectified within a week. Also there should be cable TV outlets (Direct TV) for our tvs' the same as all the other units in this facility, This a 14th Amendment violation and discrimination against me and others, for being on single cell status. _continue on back if necessary_ put a memo that we can put in Box.

Previous action taken: — Ourselves

CoC. comm. Angel Quiros
CoC. William Milligan
CoC. Karen Martucci

_continue on back if necessary_

| | |
|---|---|
| Acted on by (print name): | Title: |

Action taken and/or response: Boxes are currently being created and will be installed in the unit when production is completed. Continue to place items in the counselor box for sorting and distribution during out of cell time.

_continue on back if necessary_

| | |
|---|---|
| Staff signature: D.W. Pearce | Date: 3/23/22 |



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

Inmate name: Victor L. Jordan sr

Inmate number: 165080

Facility/Unit: Cheshire C.I

Housing unit: East-3-3

Date: 6-16-22

IGP number: 125-22-388

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Appeal Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: The ADA $RA, oppose. persons' with mental illness, from being placed in, segregation (seg) / (RHu) / solitary confinement" which is structured for disciplinary purposes "punishment" The placement of a disabled mentally ill person, in a extremely, hostile, depressing environment is cruel and (unusual). 3 Deliberate Indifference. If a inmate feels depressed, and feels like he is self destructive and as if he is suicidal, or harming himself or others erratic, frustrated, anxiety being or feeling like he can't breathe and clostrophobic, he may just need a time out, and some space to breathe, and that environment should be structured for these purposes. A person, like myself: who has serious PTSD and extreme Anxiety, stemming from the PTSD, should never be threatend with being placed in "seg", on B.O.S, because i may be feeling like harming myself and or someone else. That threat is used to intiminate inmates from asking for mental health, to cover up, the fact, that D.O.C. does not supply inmates in most facilitys with access to mental health personell. The same threats are generated by the medical Dept RN's' who are not qualified to access and or treat mental illness, my current state in relation to my mental health diagnoses. The RN's are given authority to make calls that place inmates in stressful punishing environment, all to deter us from making them do their jobs in accordance to their qualifications, as well as the D.O.C giving them, that authority so as to prevent from hiring more needed mental health staff for all shifts, and having to create a humane time out, peaceful environment, where he has access to some of his property. these out dated bar barie medevil practices has to end.

Inmate signature:

Date: 6-16-22

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: 6/24/22

Disposition: **Denied**

Date of disposition: 7/21/22

Reasons:

*You are appealing a level one grievance (125-22-388) regarding Behavioral Observation Status (BOS) at Cheshire C.I. The response given by Warden Reis was appropriate. BOS may be initiated for inmates who are using maladaptive behaviors, such as threatening self-harm without intent or destroying property to avoid compliance with custody requirements such as housing or disciplinary actions. Your level 2 grievance appeal is denied.*

Level 2 reviewer print name: RODRIGUEZ

Title: D.A

Level 2 reviewer signature:

Date: 7/21/22

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

X NOT SUBJECT TO APPEAL (DA)



**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
## *Health and Addiction Services Unit*
**24 Wolcott Hill Rd**
**Wethersfield, CT 06109**

August 09, 2022

Victor Jordan 165080
900 Highland Ave.
Cheshire Correctional
Cheshire CT 06410

Dear Mr. Jordan,

This office has been provided a letter of concern from you addressed to multiple members of the DOC. I am copied on this as is Commissioner Quiros. This is your formal review / response.

In order to review this situation records from the local facility were collected for review and staff were also contacted directly regarding the encounter with medical staff on 6/18/22 in your unit. As you did not grieve this encounter through the administrative remedy process of health services there were no records there to review.

The encounter was reviewed by the local nursing supervisor on 6/20/22 and again on 6/28/22. He reviewed the notes that you were offered and refused an inhaler, that you were speaking in full sentences with no obvious respiratory distress and that at the time you were found to have been yelling and cursing. The nurse reported 3 attempts to offer you the inhaler while on the unit refusing the care offered. The nurse supervisor identified the triage as appropriate and found no fault with the manner in which you were assessed but on further review it was found to have potential areas for improvement that may remedy an encounter of this nature in the future. As such it will be discussed at the facility Quality Improvement meeting where this concern, although de identified, will be reviewed in an interdisciplinary fashion.

Thank you for the opportunity to improve services. Please continue to address concern locally through writing and in person hopefully without resorting the vulgarities, yelling and hunger strike as occurred on that day.

Regards,

Colleen Gallagher, MA, CADAC, CCHP,
Compliance unit
24 Wolcott Hill Rd
Wethersfield, CT 06109

Copy: Commissioner Quiros
COO Dr. Robert Richeson
CNE Michel Nicholson

colleen, Back, Mattress 3216 Admin

# Appeal of Health Services Administrative Remedy
## Form- Level 2
### Connecticut Department of Correction



CN 8902
Rev.
05/06/2021

12-28-22
TO
2-10-22

Inmate Name: Victor L. Jordon 90

Inmate Number: 165080

Facility/Unit: Garner

Housing Unit: Alpha-12-3

Date: 12-28-22

HSAR number: 3216

- This form may only be used to appeal a CN 8901, Health Services Administrative Remedy Level 1 decision pursuant to the provisions of Administrative Directive 8.9, Health Services Administrative Remedies. When submitting this form, you must attach copies of all attempts of prior resolution (CN 9601, Inmate Request form; CN 8901 Health Services Administrative Remedy Form, Level 1) and any other supporting documentation. Attachment CN9601 dated 11-3-22; CN9601

### APPEAL OF HEALTH SERVICES DECISION

I am appealing the decision because (use the back if necessary): The letter was one form of giving, needed, for informal resolution; you guys have the letter, and I know w. Also this CN9601 attached to this Appeal, that was Attached to last grievance, M1, that you rejected improperly. The letter and the request (CN9601) from 11-3-22; was my informal attempts at resolution! All of you people need to learn the Rules, and stop trying to cut corners, when "ombudsman" arrive, your schemeing and conniving is fortuneately going to be put to a halt. Solution and or "Resolution," is simple corre- of your incompetence, and i want my Back treated/Diagnosed properly

Inmate Signature:

Date: 12-28-22

FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES - ADMINISTRATIVE REMEDIES COORDINATOR

Date Received:

Disposition:

Date of Disposition:

Reasons:

Regional Chief Operating Officer:

Signature:

Date:

- ☐ This may be appealed within 5 Calendar days to Level 3.
- ☐ You have exhausted the Department's Administrative Health Services Remedies. Further appeals will not be answered.



STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
**Health and Addiction Services Unit**
24 Wolcott Hill Rd
Wethersfield, CT 06109

August 09, 2022

Victor Jordan 165080
900 Highland Ave.
Cheshire Correctional
Cheshire CT 06410

Dear Mr. Jordan,

This office has been provided a letter of concern from you addressed to multiple members of the DOC. I am copied on this as is Commissioner Quiros. This is your formal review / response.

In order to review this situation records from the local facility were collected for review and staff were also contacted directly regarding the encounter with medical staff on 6/18/22 in your unit. As you did not grieve this encounter through the administrative remedy process of health services there were no records there to review.

The encounter was reviewed by the local nursing supervisor on 6/20/22 and again on 6/28/22. He reviewed the notes that you were offered and refused an inhaler, that you were speaking in full sentences with no obvious respiratory distress and that at the time you were found to have been yelling and cursing. The nurse reported 3 attempts to offer you the inhaler while on the unit refusing the care offered. The nurse supervisor identified the triage as appropriate and found no fault with the manner in which you were assessed but on further review it was found to have potential areas for improvement that may remedy an encounter of this nature in the future. As such it will be discussed at the facility Quality Improvement meeting where this concern, although de identified, will be reviewed in an interdisciplinary fashion.

Thank you for the opportunity to improve services. Please continue to address concern locally through writing and in person hopefully without resorting the vulgarities, yelling and hunger strike as occurred on that day.

Regards,

Colleen Gallagher, MA, CADAC, CCHP,
Compliance unit
24 Wolcott Hill Rd
Wethersfield, CT 06109

Copy: Commissioner Quiros
       COO Dr. Robert Richeson
       CNE Michel Nicholson



**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
*Health and Addiction Services Unit*
24 Wolcott Hill Rd
Wethersfield, CT 06109

January 13, 2023

Victor Jordan 165080
Garner CI

Dear Mr. Jordan,

No remedies will be process regarding your encounters at Cheshire as your time limitation have lapsed. You may not begin a level 2 based on a letter from me. Remedies that were forwarded to HSAR coordinator Cruz will be returned to you.
I shall reiterate my prior letter of 8/9/22. In said letter, I stated the following

"….it will be discussed at the facility Quality Improvement meeting where this concern, although de identified, will be reviewed in an interdisciplinary fashion." It is a common practice to use grievances in the quality improvement process. This is no way should be misconstrued as an inappropriate response from staff.

In that same letter, it was stated, "The nurse supervisor identified the triage as appropriate and found no fault with the manner in which you were assessed"

Your blatant disrespect, yelling and loud vulgarity demonstrated a lack of health distress.

No further communication on this issue with be forthcoming.

Regards,

Colleen Gallagher, MA, CADAC, CCHP,
Compliance unit
24 Wolcott Hill Rd
Wethersfield, CT 06109

*kidney*

**VICTOR JORDAN   INMATE ID #: 00165080   50 Years Old**
**DOB: 11/27/1971 Race: Black or African American   Gender: Male**
**LOC: 125 G 145   Med Score: 3 Sub Score: .....   MH Score: 3 Sub Score: ....**

**02/16/2022 - Notification of Test Results: Notification of Test Results**
**Provider: Sandra Charles APRN**
**Location of Care: Cheshire Correctional Institution**

**Encounter Context**
**Facility at time of evaluation:** Cheshire Correctional Institution
**Age at Time:** 50 Years Old

Recently you had a health care encounter.  The following medical test(s) was (were) completed and reviewed by a prescriber:

## Follow-up
Your kidney function is a bit high, i'm stopping the mobic bc it can make it worse,
please drink a lot of fluid to help your kidneys. Be careful with tylenol also bc one of  your liver tests is mildly high.
Will see in a few weeks if it's better

**Electronically signed by Sandra Charles APRN on 02/16/2022 at 5:32 PM**

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

Inmate name : Victor L. Jordan Sr.

Inmate number: 165080

Facility/Unit: **Cheshire Correctional Institution**

Housing unit: East-3-3

Date: 6-18-22

Submitted to: Medical Dep. C.C. Colleen Gallager, C.C. Medical Dep. Supervisor: Mailar C.C. Comm of Corr. Angel Quiros

Request:

on the above date, at aproximately 11:00 AM i informed C/O that i was having a hard time breathing and chest pains, he called to medical and RN Dave informed him that i had an inhaler, and i informed C/O that i had exhausted the device and required a New one, he informed medical and RN Dave said he would bring to me immediately, he did not show up for an hour or so, after i had informed C/O of my chest pain. RN offered the New inhaler, where I told him i needed my chest to be checked and he just walked away. I expected to be checked by him, and or brought to medical which did not happen, because RN Dave Told him that not to send me, because

continue on back if necessary

Previous action taken: he wanted me to "flipp out", according to inmate in the vacenity to have heard him saying. at some point in time i passed out and woke up in all my clothes and shoes at aprox. 3:30 PM and at aprox. 4:00 PM LT Whitted did his Tour, where i informed him of situation, and that i was going on hunger strike I will not be ending until these or whoever responsible is fired.

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

continue on back if necessary

Staff signature:

Date:



Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 6-18-22

Submitted to: Warden Reis, Dep. War. Nunez, Dep. War. Pierre, Unit Mang. Calp

Request: On the above date i started my hunger strike, because i informed C/O Millian that i was having chest pains and having a hard time breathing. This was at aproximately 11:00ᴬᴹ, RN Dave came to my cell and i informed him as well, he just offered me my inhaler (Albuterol Sulfate), where i informed him that i was having chest pains, and he just disregarded my complaint, C/O claimed that he was waiting for a Rover to escort me down, that never occurred, i fainted on the floor and awoke on second shift at aproximately 3:30 PM during all that time a C/O or supervisor noticed me on the floor, in fool Tans and shoes. I will be calling my family and Attorneys tonight and Monday Regarding situation, because i believe this was done out of retaliation, for all of my civil

*continue on back if necessary*

~~Previous action taken:~~ Complaints against the D.O.C. medical etc. I want all fired.
I informed Lt. Whitted of hunger strike at aprox. 4:00 PM
        C.C. Comm. Angel Quiros                    C.C. Atta Hope Metcalf
    C.C. Medical Dep. Supervisor :
    C.C. District Admin : William Mulligan

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:



**Inmate name:** Victor L. Jordan Sr.  **Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution   **Housing unit:** East-3-3   **Date:** 6-18-22

**Submitted to:** Intelligence Division, Cpt. Demytz

**Request:**

I require preservation of East-3, Verint Video Lowside 3 cell, and Bubble area. aproximate Time of 9:00 AM to 5:00 PM on 6-18-22 Saturday. Re. a Medical emergency. Where i informed C/o of my distress and RN Dave, i was having problem breathing and chest pains.

Also for the Time of 5:00 PM to aprox. 7:34 and to 11:00 PM Where i informed second shift c/o of my condition at the time and for him to call Medical and also to document begining of hunger Strike. C/O Ostundo, 2nd shift, Millian 1st shift, LT. Whitted 1st & 2nd shift

continue on back if necessary

**Previous action taken:** RN Dave

continue on back if necessary

**Acted on by (print name):**   **Title:**

**Action taken and/or response:**

continue on back if necessary

**Staff signature:**   **Date:**

# Inmate Request Form
## Connecticut Department of Correction



CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordan Sr.

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution

**Housing unit:** East-3.3

**Date:** 6-18-22

**Submitted to:** Intelligence Division, Cpt. Demytz

**Request:**

I require preservation of East-3, Verint Video Lowside 3 cell, and Bubble area. aproximate Time of 9:00 Am to 5:00 PM on 6-18-22 Saturday. Re. a Medical emergency. where i informed C/o of my distress and RN Dave, i was having problem breathing and chest pains.

Also for the Time of 5:00 PM to aprox. 7:34 and to 11:00 PM Where i informed second shift c/o of my condition at the time and for him to call Medical. and also to document begining of hunger Strike. C/O OSTUNO 2nd Shift, Millian 1st shift, LT. Whitted 1st & 2nd Shift

*continue on back if necessary*

**Previous action taken:** RN Dave

*continue on back if necessary*

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:**

**Date:**



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

---

☑ **Facility/Unit:** Gardner /Re, Cheshire C.I.   **Date:** 7-15-22

**Inmate Name:** Victor L. Jordan   **Inmate Number:** 165080

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ **Diagnosis/ Treatment**   ☐ **Administrative**

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

**Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)**

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT. This incident putting my well being at risk is unacceptable, the fact that the medical Department took 1 hour to respond to my distress call for my inhaler after i informed custody that i was having trouble breathing. Then after RN Dave finally showed up, and i informed him of my chest pain and my need for a chest exam, he disregarded my request and i was not seen by medical, the fact that i passed out on the floor of cell for aprox. 3 hours and no one notted me, or came to address my medical needs, is Deliberate Indifference and discrimination in accordance to ADA / RA, Medical Department is well aware of my chronic chest pains and shortness of breath, which has been documented, and Doctor just Prescribed an inhaler, I believe that medical and custody denied me medical attention out of some form of retaliation, the fact that inmates over heard RN Dave express to C/O william, "To wait for him to Bug out, and then send him down", shows that what was done was with malicious intent and meant to harm me in one way or another, seeing that i passed out before i could "Bug out".

As i've stated, I want all responsible fired.

# Administrative Remedy Receipt
## Connecticut Department of Correction

A    CN 9603
REV
04/30/2021

Facility number: 136 →125

Receipt number: T 136 - 5974

IGP #:

Level: 1

Inmate name: Jordan, Victor

Inmate number: 165080

The Admin Remedies Coordinator has received your: ☑ Grievance    ☐ Appeal    ☐ Property Investigation

and the appropriate procedure will commence in accordance with AD 9.6, Inmate Administrative Remedies.

Administrative Remedies Coordinator Print: Kingsley

Title: CC

Signature:

Date: 7/18/22

Distribution: original (white) to inmate, copy (yellow) to file

This May or May not be a receipt for medical but it was or is evidence that i did in fact file this grievance on the date because i filed custody grievance on same date 7-15-22

I don't know who does medical grievances in this facility, But somebody better figure it out !!! Thank you



# Appeal of Health Services Administrative Remedy
## Form- Level 2
### Connecticut Department of Correction

CN 8902
Rev.
05/06/2021

Inmate Name: _Victor L. Jordan SR._   Inmate Number: _16908_

Facility/Unit: _Garner C.I._   Housing Unit: _A-204_   Date: _9-8-22_

HSAR number:

- This form may only be used to appeal a CN 8901, Health Services Administrative Remedy Level 1 decision pursuant to the provisions of Administrative Directive 8.9, Health Services Administrative Remedies. When submitting this form, you must attach copies of all attempts of prior resolution (CN 9601, Inmate Request form; CN 8901 Health Services Administrative Remedy Form, Level 1) and any other supporting documentation.

### APPEAL OF HEALTH SERVICES DECISION

I am appealing the decision because (use the back if necessary): _This concerns response from Colleen Gallagher, regarding Incident at Cheshire C.I, on 6-18-22 involving medical staff failing and deliberately denying medical care. I was having chest pains. The response from her was insufficient, because, I informed RN Dave and C/o Midian of my chest pains and that I need to be examined in the manner appropriate for said symtoms. I submitted CN9601; 8901; forms on 7-15-22; 8-26-22; as well as letter from Gallagher and I have yet to receive a proper response to any of my Grievance filings. I have done my due diligence, to accord with A.D 8.9 and PLRA And This Dep. is not making the process available by not acknowledging my grievances, the process will be still done by myself to Exhaust._

Inmate Signature: _[signature]_   Date: _9-8-22_

### FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES - ADMINISTRATIVE REMEDIES COORDINATOR

| Date Received: | Disposition: | Date of Disposition: |
|---|---|---|

Reasons:

Regional Chief Operating Officer:

| Signature: | Date: |
|---|---|

- ☐ This may be appealed within 5 Calendar days to Level 3.
- ☐ You have exhausted the Department's Administrative Health Services Remedies. Further appeals will not be answered.

# Appeal of Health Services Administrative Remedy - Level 3

**Connecticut Department of Correction**

CN 8903
Rev.
10/20/2021

| Inmate Name: *Victor L. Jordan Jr.* | Inmate Number: *165080* |
|---|---|

| Facility/Unit: *Garner* | Housing Unit: *A-123* | Date: *10-21-22* |
|---|---|---|

HSAR number:

- Use this form to appeal a CN 8902, Appeal of Health Services Administrative Remedy-Level 2 decision.
- When submitting this form, you must attach copies of all attempts of prior resolution (CN 9601, Inmate Request form; CN 8901, Health Services Administrative Remedy Form, Level 1; CN 8902, Health Services Administrative Remedy Form level 2) and any other supporting documentation.
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 2 response; and deposited in the "Health Services Remedies" box within the institution.
  - No review will be undertaken if the required documentation is not attached.

Reasons: This is in Regards to the Incident on 6-18-22 where G.C.I. medical Dep. Refused and Denied me medical attention. When i Made it Clear to C/o and RN Dale, that i was having chest pains, and I specificaly informed them that i needed to have a chest exam in medical. and was Denied. This level 3 is being filed in accordance to A.D 8.9 to exhaust me administrative remedies. And i haidn't received a respone on none of my informal filings. And therefore any remedy that i seek is unavailable to me, Re. PLRA.

| Inmate Signature: | Date: *10-21-22* |
|---|---|

## FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date Received: | Disposition: | Date of Disposition: |
|---|---|---|

Reasons:




| Level 3 Reviewer Print: | Title: |
|---|---|

| Level 3 Reviewer Signature: | Date: |
|---|---|

# Inmate Request Form
## Connecticut Department of Correction

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordon sr.

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution

**Housing unit:** East 3-3

**Date:** June 4, 2022

**Submitted to:** Medical Dep./Dr.

**Request:**

I have been having a hard time breathing deeply lately, i have suffered from this for awhile on and off, chest pains. I know that i have been exposed to Black mold and Radon in this department on several of occassions. I want a MRI done on my chest and lungs A.S.A.P.

Thank you

C.C. Angel Quiros, comm of corr.          C.C. ADA Liason:

C.C. Warden Reis

C.C. Medical Supervisor, Regional:

continue on back if necessary

**Previous action taken:**

JUN 0 8 2022 RECEIVED

continue on back if necessary

**Acted on by (print name):** Deb Cruz

**Title:** CHU

**Action taken and/or response:**

I have put you into see the medical prescribed for this.

continue on back if necessary

**Staff signature:** Debra Cruz

**Date:** 6/8/2022



# Inmate Request Form
## Connecticut Department of Correction

C.C. Comm. Angel Quiros
C.C. Dist. Admin. W. Mulligan
C.C. Med. Colleen Gahlager

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name** : Victor L. Jordan sr.

**Inmate number:** 165080

**Facility/Unit: Cheshire Correctional Institution**

**Housing unit:** RHU-28 cell

**Date:** 6-23-22

**Submitted to:** Warden Reis, Dep.Warden Nunez, Dep.Warden Pierce, UnitMang.Capt. Calo

**Request:** Its been five days, thirteen Meals that i have been on a hunger strike and two days with out consuming Fluids, because for what i feel and believe is out of retaliation from Medical and Custody, Denying me medical "emergency" attention on the 18th of June, saturday morning, While having breathing problems and chest pains, where eventually passing out for several hours on the floor of cell. I have informed you all, that until people responsible is held "accountable, i am not eating, and now that i have been placed in RHU (segregation) for contraband, alleged-ly found in my cell, i am also not going to Consume any water as well, until i am released and is assured that my Property is in-tack, especially my legal Work. I feel that this is all retaliatory because of my Constant Complaints re-

**continue on back if necessary**

**Previous action taken:** -garding, Inadequate Medical, and Mental health, and Custody abusing their authority regarding RHU placements and equal protection rights, and vio-lating inmates with Disabilitys, physical and Mental. I have come close to passing out after standing on June 22, While speaking to Dr. Wolf Craig, and my Back and Neck is causing serious pain, and ive been taking Meds since strike.

**continue on back if necessary**

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

**continue on back if necessary**

**Staff signature:**

**Date:**



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordan sr.

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution

**Housing unit:** RHU- 28 cell

**Date:** 6-23-22

**Submitted to:** Medical Dep. District Supervisor Colleen Gahlager et al.

**Request:** I have been on a Hunger Strike since June 18 2022 and no fluids since 6-21-22, and the whole time i have been Consuming the prescribed meds, and i have asked every RN who has delivered them to me. is it safe for me to take while on current status, Not one has advised against it, So i have to believe that its O.K. and that its not more detrimental to my health in combination with hunger Strike and No fluids. Although i have commenced this strike because of medicals, Malicious intent to deny me medical emergency attention on the 18th of June, as well as cus- -tody being in Cahoots with Medical and Mental Health, for a number of retaliatory reasons, regarding my ongoing Complaints against your

*continue on back if necessary*

**Previous action taken:** Departments. I have informed my family and attorneys as well as upper administration of current distress. And if it turns out that i was not suppose to be taking these medications while on this Hunger Strike Status, then Someone has to be held responsible once again.

*continue on back if necessary*

**Acted on by (print name):**

**Title:**

**Action taken and/or response:**

*continue on back if necessary*

**Staff signature:**

**Date:**


Inmate name: Victor L. Jordan Sr.

Inmate number: 165080

Facility/Unit: Garner

Housing unit: Alpha - 123

Date: 1-20-23

Submitted to: Colleen Gallagher, MA, CADAC, CCHP.

Request: Ma'am, you people are not that bright. You all believe That you can prevent me from suing you and your "pions", by not processing and/or responding to my informal resolution process. Pay attention, this is how it works, The "Law" Says "When prison administrators thwart inmates from Taking advantage of a grievance process, through "Machination", "Misrepresentation", and/or "Intimidation". See "Ross v. Blake". I have copys of everything that i filed to you and your department, including your letter when you responded to my CN9601 request, regarding Incident at cheshire on 6-18-22. I followed the process A.D. 8.9 Mandates and the PLRA.

*continue on back if necessary*

~~Previous action taken:~~ Definitions; "Machination" - an act of planning esp. to do harm, esp: "Plot"; "Scheme"; and "Conspire"; and "Thwart" - to oppose successfully: "foil"; "Block" or "Defeat" "Prevent". !!!? "all of you in the D.O.C. are the real "Criminals", and the worst kind, the Kind that have no respect, honor or integrity when it comes to "Oaths" (Sad) very

*continue on back if necessary*

Acted on by (print name): 

Title: 

Action taken and/or response:

*continue on back if necessary*

Staff signature: 

Date:

# Appeal of Health Services Administrative Remedy
## Form- Level 2
### Connecticut Department of Correction



CN 8902
Rev.
12-16-22 05/06/2021
to
2-28-23

Inmate Name: Victor L. Jordan SR   Inmate Number: 165080

Facility/Unit: Garner   Housing Unit: Alpha 123   Date: 12-16-22

HSAR number: 2868/refiled on 10-28-22, never recieved a reciept Re(3193 or 3194)

- This form may only be used to appeal a CN 8901, Health Services Administrative Remedy Level 1 decision pursuant to the provisions of Administrative Directive 8.9, Health Services Administrative Remedies. When submitting this form, you must attach copies of all attempts of prior resolution (CN 9601, Inmate Request form; CN 8901 Health Services Administrative Remedy Form, Level 1) and any other supporting documentation.

### APPEAL OF HEALTH SERVICES DECISION

I am appealing the decision because (use the back if necessary):

This is in Regards to the refiled grievance/HSRA on 10-28-22 in which you (Med. Dep.) recieved 2868 on 10-28-22. Medical Dep. in this facility as well as other facilitys' have been inadequate, insufficient and incompetent, to say the least. This Department is biased and retaliatory, I have been denied proper medical attention, and or response to my medical ailments, that i have submitted via CN9601 request, and this Dep. doesn't respond, and that is a violation of my civil rights, and malpratice on this Departments part. one of the reasons you all are not acknowledging my request and or grievances. To attempt determing me from filing legal actions against medical Dep. I have presented video of the dates of med staff retrieveing my documents. See 8.1 Administrative Directive

Inmate Signature: _____   Date: 12-16-22

### FOR OFFICIAL USE ONLY – DESIGNATED FACILITY HEALTH SERVICES - ADMINISTRATIVE REMEDIES COORDINATOR

Date Received: 12/20/22   Disposition: Rejected   Date of Disposition: 12/21/22

Reasons: Rejected — no informal resolution indicated

Regional Chief Operating Officer: M. Greene

Signature: _____   Date: 12/21/22

- ☐ This may be appealed within 5 Calendar days to Level 3.
- ☑ You have exhausted the Department's Administrative Health Services Remedies. Further appeals will not be answered.

Received on 12-28-22

This App. was filed before CN 8901 Re, 3193 & 3194 was disposed. See 3193 12-16-22 From 10-28-22 And 3194 disp on 12-28-22



# Inmate Grievance Form- Level 1
## Connecticut Department of Correction

CN 9602
REV
04/30/2021

| Facility/Unit: | Gardner C.I. | Date: | 7-15-22 |
| Inmate name: | Victor L. Jordan Sr. | Inmate number: | 169080 |

### INMATE ADVISEMENT

- Any inmate who files a grievance must follow all instructions in Section 5 and 6 of Administrative Directive 9.6, "Inmate Administrative Remedies."
- Any grievance which does not follow the instructions identified in the above mentioned sections shall be rejected.

### STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I was absolutely denied medical attention by custody and medical, on the day of this incident, where I was having breathing problems, and chest pains, that I informed officer of in East-3. The fact that it took medical to bring me an inhaler an hour after my complaint is one thing, and the second is when RN Dale arrived I informed him that I needed to have my chest checked, he refused and walked away and never returned, I repeatedly informed CO William of my distress, his response was that the Lt. (supervisor) was coming to see me, which never occurred, and next thing I remember was waking up aprox. 3 hours later on the floor fully clothed in tans and shoes. I believe that all of this was retaliation by medical and custody. I did not receive med. attention until 3 oclock AM. I went enrolled filed. I went on hunger strike for 6 days.

Inmate signature: _[signature]_   Date: 7-15-22

- Deposit this form in the "Administrative Remedies" box.

### DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | 7/18/2022 | IGP #: | 125-23-047 |
| Disposition: | Denied | Date of Disposition: | 8/24/2022 |

Reason:

This grievance you filed pertaining to receiving of medical attention, was reviewed. Following the review of this matter it was determined that you were seen by medical staff on 6/18/2022. At this time, you were assessed by Medical staff, but refused treatment. Therefore, this grievance is denied.

☐ This decision is not subject to further appeal.  ☒ This matter may be appealed within 5 calendar days.

| Staff Name Print: | Warden Reis | |
| Signature: | _[signature]_ | Date: 8/24/2022 |

# Inmate Request Form
## Connecticut Department of Correction



CN 9601
REV
04/30/2021

Inmate name: Victor L. Jordan sr.

Inmate number: 165080

Facility/Unit: Cheshire C.I.

Housing unit: East-3-3

Date: 6-18-22

Submitted to: Warden Reis, Dep. war. Nuñez, Dep. War. Pierce, unit Mang. Calo

Request: On the above date i started my hunger Strike, because i informed C/O Millian that i was having chest pains and having a hard time breathing. This was at aproximately 11:00AM, RN Dave Came to my cell and i informed him as well. he Just offered me my inhaler (Albuterol Sulfate), where i informed him that i was having chest pains. and he Just disregarded my complaint, C/O Claimed that he was waiting for a Rover to escort me down, that never occurred, i fainted on the floor and awoke on second shift at aproximately 3:30 P.M during all that time a C/O or supervisor noticed me on the floor, in fool Tans and Shoes. I will be calling my family and Attorneys tonight and Monday Regarding Situation, because i believe this was done out of retaliation, for all of my Civil

*continue on back if necessary*

~~Complaints retaliation~~ Complaints against the D.O.C. Medical etc. I want all fired.

I informed Lt. Whitted of hunger Strike at aprox. 4:00 P.M

C.C. comm. Angel Quiros                    C.C. Attns Hope Metcalf

C.C. Medical Dep. Supervisor :

C.C. District Admin.: William Mulligan

*continue on back if necessary*

Acted on by (print name):                                      Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                                               Date:



# Inmate Grievance Appeal Form - Level 2
## Connecticut Department of Correction

CN 9604
REV
04/30/2021

Inmate name: Victor L. Jordan Sr

Inmate number: 169080

Facility/Unit: Garner

Housing unit: 1-204

Date: Sep. 1 2022

IGP number: 129-23-047

## Inmate Acknowledgement

- Use this form to appeal a CN 9602, Inmate Grievance Form- Level 1.
- When submitting this form, the following must be included for processing:
  - All original documentation for prior resolution (e.g. Initial CN 9601, Inmate Request form; CN 9602, Inmate Grievance Form Level 1; etc.).
- NOTE:
  - Your appeal must be filed within five (5) calendar days of the Level 1 response and deposited in the "Administrative Remedies" box within the institution. A level 2 shall be rejected if all documentation from the level 1 response is not included.

## Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because: You (D.O.C.) Disposition of this issue on my level 1 grievance was on 8-24-22, and i literally received on the 1st of Sep. I had filed my level 2 on the 26 of Sep. as attached. The grievance was for custody not getting me medical attention in Due course (time) when i informed them of health, chest pains and shortness of breath, and when medical showed up an hour later, informed both of them. C/o Million / Rn Dave, that i needed to be checked for chest pains, and they walked away, and as i waited for that medical attention i passed out for several hours and was ~~~~~~ supposedly not seen on the floor of cell in full tans and shoes, when they (C/O's) did 15 min. Tours. First & second shift C/O's

Inmate signature: _____

Date: Same day of i received lvl 1 Disp. Sep-1-2022

## FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

Date received: 9/12/22

Disposition: **Denied**

Date of disposition: 9/30/22

Reasons:

*You are appealing a level one grievance (125-23-047) regarding staff conduct at Cheshire C.I. The response given by Warden Reis was appropriate. It is reported that staff did notify medical who reported to the unit. Medical staff offered you an inhaler that you refused and became aggressive to the point a supervisor was notified. Your level 2 grievance appeal is denied.*

Level 2 reviewer print name: RODRIGUEZ

Title: DA

Level 2 reviewer signature: _____

Date: 9/30/22

☐ This grievance may be appealed within five (5) Calendar days to Level 3.

☒ This decision is not subject to further appeal.



# Inmate Request Form
## Connecticut Department of Correction

June 4 2022
To
June 28 2022

CN 9601
REV 1/31/09

NO:NAME NO:INMATE# NO:HOUSING UNIT-CELL NO:DATE=NO RESPONSE

**Inmate name:** Victor Le Jordan Sr

**Inmate number:** 165080

**Facility/Unit:** Cheshire Correctional Institution

**Housing unit:** East 3-3

**Date:** June 4, 2022

**Submitted to:** Medical Dep, Dr. ortho, Neurologist

**Request:**

My right forearm is still causing me severe pain, i want a MRI/CAT scan, done to determine what is wrong, because the meds are not helping at all. I need this matter addressed A.S.A.P. please

Thank you.

C.c. Angel Quiros, Commot Corro.

C.c. Warden, Jennifer Reis

C.c. Regional Medical sup.:

C.c. ADA Liason:

*continue on back if necessary*

**Previous action taken:**

RECEIVED JUN 0 8 2022

*continue on back if necessary*

**Acted on by (print name):** Deb Chey

**Title:** RN

**Action taken and/or response:**

Pt is coming soon.

*continue on back if necessary*

**Staff signature:** Deb Chey

**Date:** 6/8/2022



# Inmate Request Form
## Connecticut Department of Correction

June 7, 2020 to June 28, 2022  CN 9601
REV 1/31/09

NO:NAME  NO:INMATE#  NO:HOUSING UNIT-CELL  NO:DATE=NO RESPONSE

**Inmate name :** Victor L. Jordan sr.

**Inmate number:** 165080

**Facility/Unit: Cheshire Correctional Institution**

**Housing unit:** East-3-3

**Date:** Jun 7, 2022

**Submitted to:** Medical Dep. / Dr.

**Request:**

I have been suffering from major memory loss lately, it has actually been for awhile now, it Just seems a lot worse now. I need to be evaluated concerning this mater A.S.A.P. please.

Thank you

*continue on back if necessary*

**Previous action taken:**

RECEIVED  JUN 08 2022

*continue on back if necessary*

**Acted on by (print name):** Deb Cruz

**Title:** CHN

**Action taken and/or response:**

I have put you in to see The medical prescriber.

*continue on back if necessary*

**Staff signature:** [signature]

**Date:** 6/8/2022



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Victor W Jordan Sr.

Inmate number: 165080

Facility/Unit: Cheshire CI.

Housing unit: M.I - 112

Date: 11-6-23

Submitted to: Medical Dept; Dr. Naliex

Request:

I need to see Ortho. Re: My Back (spine) as soon as possible. and or in the mean time, i need my trop meds, as well as some other pain med. because, the Gabepanen is inellective at best, im in excruciating pain, and it's been going on close to ayear, to see Surgeons / UCONN Drs, consultation, or whatever. and i need a back brace as well and other medical Devices etc. for my achilles, as well as my spine issue and pain. Thank You

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| ☐ Facility/Unit: | Cheshire C.I. | Date: | 11-27-23 |
|---|---|---|---|
| Inmate Name: | Victor L. Jordrieu | Inmate Number: | 169080 |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

**Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.**

**Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.**

Reason for Health Services Administrative Remedy. Check the appropriate box:
☑ Diagnosis/ Treatment ☐ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

**Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)**

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
    - a. a final response has already been provided;
    - b. there has been no change in any circumstances that would affect the response; and
    - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

regarding my back problem and extreme pain, and i have yet to receive any response. I know you all are prone to retaliation, and unprofessional conduct, especially when it involves someone of my nature, and my history of filing complaints and civil actions to hold you all accountable, for your failings, and denial, prevention, and refusing proper medical care to inmates, so i am giving you all notice, once again, if i am not given proper medical care, which i am entitled to, by State Law and federal medical care, which i am entitled to, by State Law and allowing me to suffer, under ADA/RA of 1973 & 2009 And allowing rious and sadistic, excruciating pain, intentionally, and with malicious Intent medical care for my back and that includes, medications, or alternatives to retire pain.



# Health Services Administrative Remedy Receipt
## Connecticut Department of Correction

CN 8904
Effective
04/30/2021

| Facility Name: *Cheshire* | HSAR Receipt Number: *5765* |
|---|---|
| Inmate Name: *Jordan* | Inmate Number: *165080* |

The Health Services Administrative Remedy (HSAR) Coordinator has received your:

☑ **CN 8901, HSAR Level 1**  ☐ **CN 8902, Appeal of HSAR, Level 2**  ☐ **CN 8903, Appeal of HSAR, Level 3**

And the appropriate procedure will commence in accordance with AD 8.9, Health Services Administrative Remedy.

| HSAR Coordinator Name Print: *Debra Cruz* | Title: *HSARC* |
|---|---|
| Signature: *Debra Cruz* | Date: *12/4/23* |

Distribution: original (white) to inmate, copy (yellow) to file