United States District Court
District of Connecticut

Victor L. Jordonur,
       Plaintiff          Case No. 3:23-cv-855 (VAB)

V.

Dept. of Corr. et al.,
       Defendants    Date: 5-13-26

SCANNED at
as specified
5/14/u  by J
date    initials  No.  pages

Notice of Appeal

Court Granted Defendants Summary Judgment
Motion, on May 8, 2026, Court's Ruling Order
is a final Judgment. Plaintiff is filing Notice to
Appeal. All Courts, Initial Rulings and Orders
Court's Initial Review Order, ECF #10 on 10-6-23
And all additional Rulings and or orders by
the Court against the Plaintiff including ECF #
30, #45 and 61 And any other issues that He
can Appeal that the 2nd Circuit has Jurisdiction
over. Plaintiff files this Notice as a Pro-se prisoner
In Propia Persona

                                    Victor Lamond Jordonur
                                    Cheshire C.I.
                                    900 Highland, Ave.
                                    Cheshire, Ct. 06410

<u>Certification</u>

I hereby certify that this has been filed via E file, on or about May 13, 2026 to the Court, and all parties can access through Courts Electronic Filing System.

Victor Lamord Jordans.