# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:23–cv–00855–VAB

| | |
|---|---|
| Jordan v. Department of Corrections et al | Date Filed: 06/05/2023 |
| Assigned to: Judge Victor A. Bolden | Date Terminated: 05/13/2026 |
| Demand: $250,000 | Jury Demand: None |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Prisoner Petitions – Prison Conditions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Victor L. Jordan, Sr.**                    represented by    **Victor L. Jordan, Sr.**
165080
CHESHIRE CORRECTIONAL
INSTITUTION
900 Highland Avenue
Cheshire, CT 06410
PRO SE

**Thomas L. Tisdale**
Tisdale & Nast Law Offices, LLC
10 Spruce Street
Southport, CT 06890
203–254–8474
Fax: 203–254–1641
Email: ttisdale@tisdale–law.com
*TERMINATED: 04/17/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Department of Corrections**                represented by    **Krislyn Mina Launer**
*TERMINATED: 10/06/2023*                                       Office of the Attorney General
165 Capitol Avenue
4th Floor
Hartford, CT 06106
860–808–5150
Fax: 860–808–5389
Email: krislyn.launer@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Colleen Gallagher**
*TERMINATED: 10/06/2023*

**Defendant**

**Angel Quiros**
*TERMINATED: 10/06/2023*

**Defendant**

**Jennifer Petterson/Reis**
*TERMINATED: 10/06/2023*

**Defendant**

**Carlos Nunez**
*TERMINATED: 10/06/2023*

**Defendant**

**Pierce**
*Deputy Warden*
*TERMINATED: 10/06/2023*

**Defendant**

**James Watson**
*TERMINATED: 10/06/2023*

**Defendant**

**Robert Calo**
*TERMINATED: 10/06/2023*

**Defendant**

**William Mulligan**
*TERMINATED: 10/06/2023*

**Defendant**

**Rodriguez**
*D.A.*
*TERMINATED: 10/06/2023*

**Defendant**

**David Maiga**
*TERMINATED: 10/06/2023*

**Defendant**

**Karen Martucci**
*TERMINATED: 10/06/2023*

**Defendant**

**Colella**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Wauthier**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**J. Whitted**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Correia**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Cossette**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Lapila**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Guerrera**
*Officer*
*TERMINATED: 05/16/2025*

represented by **David M. Carlucci**
State of Connecticut Office of the
Attorney General
165 Capitol Avenue
Suite 4000
Hartford, CT 06106
860−808−5150
Email: david.carlucci@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krislyn Mina Launer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wolf Craig**
*Dr.*
*TERMINATED: 10/06/2023*

**Defendant**

**Dave**
*R.N.*

represented by **David M. Carlucci**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krislyn Mina Launer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Millian**
*Officer*
*TERMINATED: 10/06/2023*

**Defendant**

**Otsuno**
*Officer*
*TERMINATED: 10/06/2023*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2023 | 1 | COMPLAINT against All Defendants, filed by Victor L. Jordan, Sr.(Sichanh, Christina) (Entered: 06/29/2023) |
| 06/05/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by Victor L. Jordan. (Sichanh, Christina) (Entered: 06/29/2023) |
| 06/05/2023 | 3 | Prisoner Trust Fund Account Statement by Victor L. Jordan. (Sichanh, Christina) (Entered: 06/29/2023) |
| 06/05/2023 | 4 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1, a disclosure statement must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case. |

| | | |
|---|---|---|
| | | Signed by Clerk on 6/5/2023.(Sichanh, Christina) (Entered: 06/29/2023) |
| 06/05/2023 | | Judge Victor A. Bolden and Judge S. Dave Vatti added. (Nuzzi, Tiffany) (Entered: 07/05/2023) |
| 06/05/2023 | 6 | STANDING PROTECTIVE ORDER<br>Signed by Judge Victor A. Bolden on 6/5/2023.(Imbriani, Susan) (Entered: 07/06/2023) |
| 06/05/2023 | 7 | Prisoner E–Filing Standing Order on Prisoner Electronic Filing Program<br>Signed by Judge Janet C. Hall on 6/5/2023.(Imbriani, Susan) (Entered: 07/06/2023) |
| 06/05/2023 | 8 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 6/5/2023.(Imbriani, Susan) (Entered: 07/06/2023) |
| 07/05/2023 | 5 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you notify the court. Signed by Judge Thomas O. Farrish on 7/5/2023. (Corriette, M.) (Entered: 07/05/2023) |
| 09/01/2023 | 9 | ELECTRONIC ORDER. For the reasons explained in *Jordan v. Gifford*, 3:19–cv–1628, Doc. 121, and as detailed further therein, the Clerk of Court has been directed to seek to identify an attorney to represent Plaintiff in this and other actions in this Court. There is no present guarantee that this effort will succeed, or how long it will take. Signed by Judge Charles S. Haight, Jr. on September 1, 2023. (Eubank, J.) (Entered: 09/01/2023) |
| 10/06/2023 | 10 | INITIAL REVIEW ORDER. For the reasons described in the attached ruling and order, the case will proceed on Eighth Amendment claims for deliberate indifference to medical and mental health needs against Officer Guerrera and RN Dave. All claims except the Eighth Amendment claims are **DISMISSED** under 28 U.S.C. § 1915A(b)(1).<br><br>Mr. Jordan may file an Amended Complaint if he wishes to correct the deficiencies in his Americans with Disabilities Act and Rehabilitation Act claims. Any Amended Complaint shall include only these two claims against the Department of Correction, and the Eighth Amendment deliberate indifference to medical and mental health needs claims against Defendants Guerrera and RN Dave, in their individual capacities. Any such Amended Complaint must be filed by **November 10, 2023**. If no Amended Complaint is filed by **November 10, 2023**, the case will proceed only on the Eighth Amendment deliberate indifference claims against Defendants Guerrera and Dave.<br><br>The Clerk of Court is respectfully directed to terminate all individuals, except Officer Guerrera and RN Dave, as Defendants in this case.<br><br>The Clerk of Court is also respectfully directed to mail a waiver of service of process request packet containing the Complaint and this Order to each Defendant by **November 7, 2023** and to report to the Court the status of the waiver request by **November 10, 2023**. If any Defendant fails to return the waiver request, the Clerk shall arrange for in–person service. The Clerk shall also send Plaintiff a copy of this Order.<br><br>Defendants shall file their response to the Complaint by **January 5, 2024**. Discovery shall be completed by **June 7, 2024**. Dispositive Motions are due by **July 12, 2024**.<br><br>Signed by Judge Victor A. Bolden on 10/6/23. (Chan, A.) Modified aiver dates to defendant on 10/10/2023 (Murphy, Tatihana). (Entered: 10/06/2023) |
| 10/10/2023 | | Docket Entry Correction re 10 Initial Review Order – Prisoner, original date of "waiver of service of process request packet containing the Complaint and this Order to each Defendant by October 7, 2023" was corrected to be mailed out by November 7, 2023. (Murphy, Tatihana) (Entered: 10/10/2023) |
| 10/23/2023 | 11 | Plaintiff MOTION for Reconsideration of Courts Initial Review Order Doc. 10 and Objections by Victor L. Jordan, Sr. (Barry, L) (Entered: 10/23/2023) |

| | | |
|---|---|---|
| 10/23/2023 | 12 | AMENDED COMPLAINT against Department of Corrections et al., filed by Victor L. Jordan, Sr. (Attachments: # 1 Exhibit A)(Barry, L) (Entered: 10/23/2023) |
| 10/25/2023 | 13 | Plaintiff's Declaration in Support of Motion for Reconsideration Re. Sentenced Inmates and Un–Sentenced Detainees by Victor L. Jordan, Sr. (Barry, L) (Entered: 10/27/2023) |
| 11/06/2023 | 14 | NOTICE of Change of Address by Victor L. Jordan, Sr (Corriette, M.) (Entered: 11/07/2023) |
| 11/22/2023 | 15 | Standing Order re: Initial Discovery Disclosures Signed by Senior District Judge Stefan R Underhill on 11/22/2023.(Barry, L) (Entered: 11/22/2023) |
| 11/22/2023 | 16 | REQUEST FOR WAIVER of Service sent to Guerrera and Dave on 11/22/2023. Waiver of Service due by 12/27/2023 (Barry, L) (Entered: 11/22/2023) |
| 12/08/2023 | 17 | WAIVER OF SERVICE Returned Executed as to Guerrera waiver sent on 11/29/2023, answer due 1/28/2024 (Attachments: # 1 Envelope)(Barry, L) (Entered: 12/11/2023) |
| 12/11/2023 | 18 | Plaintiff Submission of Additional Documentation for Amended Complaint and Reconsideration Motion by Victor L. Jordan, Sr (Barry, L) (Entered: 12/12/2023) |
| 12/14/2023 | 19 | WAIVER OF SERVICE Returned Executed as to Dave waiver sent on 12/8/2023, answer due 2/6/2024 (Attachments: # 1 Envelope)(Barry, L) (Entered: 12/15/2023) |
| 01/19/2024 | 20 | Order Appointing Pro Bono Counsel Thomas L. Tisdale for Victor L. Jordan, Sr pursuant to D. Conn. L. Civ. R 83.10. Counsel is directed to contact their client and file an appearance in accordance with Local Rule 5(b) within 14 days. Counsel is further directed to review the Notice Regarding Local Rule 83.10(k): Incurring Pro Bono Expenses and Local Rule 83.10(k) (copies available on the Court's website at: http://ctd.uscourts.gov/pro–bono–information–0). Names of court reporters willing to handle pro bono cases at Judicial Conference rates are also available on the website. Please understand that if you do not submit your request for reimbursement of expenses before such expenses are incurred, you risk that the expenses will not be approved and you will not be reimbursed. Signed by Judge Victor A. Bolden on 1/19/2024.(Freberg, B) (Entered: 01/19/2024) |
| 01/19/2024 | 21 | NOTICE to Pro Bono Counsel re Incurring Expenses. Signed by Clerk on 1/19/2024.(Freberg, B) (Entered: 01/19/2024) |
| 01/25/2024 | 22 | ORDER denying without prejudice 11 Motion for Reconsideration. In light of the recent appointment of counsel, the Court **DENIES** the motion for reconsideration without prejudice to renewal. Attorney Tisdale is directed to file a status report as to how he would like to proceed in prosecuting this case by **March 29, 2024**. Signed by Judge Victor A. Bolden on 1/25/24. (Chan, A.) (Entered: 01/25/2024) |
| 02/05/2024 | 23 | NOTICE of Appearance by Thomas L. Tisdale on behalf of Victor L. Jordan, Sr (Tisdale, Thomas) (Entered: 02/05/2024) |
| 03/20/2024 | 24 | MOTION for Extension of Time until April 12, 2024 to file a status report by Victor L. Jordan, Sr. (Tisdale, Thomas) (Entered: 03/20/2024) |
| 04/15/2024 | 25 | MOTION for Thomas L. Tisdale to Withdraw as Attorney by Victor L. Jordan, Sr. (Tisdale, Thomas) (Entered: 04/15/2024) |
| 04/16/2024 | 26 | NOTICE of Appearance by David M. Carlucci on behalf of Dave, Guerrera (Carlucci, David) (Entered: 04/16/2024) |
| 04/17/2024 | 27 | ORDER granting 25 Motion to Withdraw as Attorney. The Court **GRANTS** the motion to withdraw. Attorney Thomas L. Tisdale terminated. Signed by Judge Victor A. Bolden on 4/17/24. (Chan, A.) (Entered: 04/17/2024) |
| 04/17/2024 | 28 | ORDER denying as moot 24 Motion for Extension of Time. The motion for extension of time to file a status report is **DENIED as moot**. Signed by Judge Victor A. Bolden on 4/17/24. (Chan, A.) (Entered: 04/17/2024) |
| 04/18/2024 | 29 | MOTION to Adopt Plaintiff's Previous Motions of Reconsideration, and His Amended Complaint with Attachments and Exhibits by Victor L. Jordan, Sr. (Barry, L.) (Entered: 04/18/2024) |

| | | |
|---|---|---|
| 04/29/2024 | 30 | ORDER. On September 1, 2023, Judge Charles S. Haight directed the Clerk of Court to identify an attorney to represent Mr. Jordan in his various actions pending in this District. *See* ECF No. 9 . On January 19, 2024, the Court appointed pro bono counsel for Mr. Jordan. *See* ECF No. 20 . On April 15, 2024, that counsel moved to withdraw, see ECF No. 25 , and Mr. Jordan subsequently filed a motion noting that his past counsel had failed "to comply with [his] facts and instructions dictated to him via correspondence" and that "[he] will be handling this case from here out, as a Propia Persona Plaintiff, until [he] receive[s] another Attorney, that will do his job as instructed to do so...."). ECF No. 29 .<br><br>Given the issues that have arisen with past counsel, the Court finds that the appointment of new counsel is not likely to result in a lasting attorney–client relationship. *See, e.g.*, ECF No. 29 (requesting an attorney "that will do his job as instructed to do...."). Accordingly, the Court will not appoint new counsel for Mr. Jordan, and Mr. Jordan may now proceed to litigate this case (and any others he now has pending) without counsel. *See Leftridge v. Connecticut State Trooper Officer No. 1283*, 640 F.3d 62, 68 (2d Cir. 2011) ("A party has no constitutionally guaranteed right to the assistance of counsel in a civil case.").<br><br>Signed by Judge Victor A. Bolden on 4/29/24. (Chan, A.) (Entered: 04/29/2024) |
| 06/16/2024 | 31 | ORDER granting in part and denying in part 29 Motion to Adopt and for Reconsideration. Mr. Jordan's motion to adopt is **GRANTED** to the extent that the Amended Complaint, ECF No. 12 , is the operative pleading in this case and the Court has considered the arguments presented in the prior motion for reconsideration, ECF No. 11 . For the reasons described in the attached Order, however, the relief requested in the motion for reconsideration is **DENIED**.<br><br>The Clerk of Court is directed to arrange for service of summons and a copy of the Amended Complaint and this Order on the Department of Correction at the Office of the Attorney General, 165 Capitol Avenue, Hartford, CT, 06016 by **July 12, 2024**. Counsel is directed to appear on behalf of the Department of Correction and respond to the Amended Complaint on behalf of all Defendants by **August 9, 2024**. All discovery shall be completed by **October 4, 2024** and any motions for summary judgment shall be filed by **November 8, 2024**.<br><br>Signed by Judge Victor A. Bolden on 6/16/24. (Chan, A.) (Entered: 06/16/2024) |
| 08/09/2024 | 32 | NOTICE of Appearance by Krislyn Mina Launer on behalf of Dave, Guerrera (Launer, Krislyn) (Entered: 08/09/2024) |
| 08/09/2024 | 33 | MOTION to Strike *Plaintiff's Amended Complaint* by Dave, Guerrera.Responses due by 8/30/2024 (Attachments: # 1 Memorandum in Support)(Launer, Krislyn) (Entered: 08/09/2024) |
| 08/13/2024 | 34 | OBJECTION re 33 MOTION to Strike *Plaintiff's Amended Complaint* filed by Victor L. Jordan, Sr. (Freberg, B) (Entered: 08/14/2024) |
| 10/25/2024 | 35 | ORDER granting in part and denying in part 33 Motion to Strike. For the reasons set forth in the attached Ruling and Order, the Defendants' motion to strike, ECF No. 33 , is **GRANTED** as to the request to strike all allegations relating to claims and defendants dismissed on initial review and **DENIED** as to the request for more definite statement.<br><br>Mr. Jordan is directed to file a Third Amended Complaint which includes **only** the ADA and RA claims asserted against the Department of Correction and the Eighth Amendment deliberate indifference claims against Defendants Guerra and Dave.<br><br>Mr. Jordan shall file his Third Amended Complaint on or before **November 22, 2024**. If the Third Amended Complaint does not comply with this Court's order, it may be subject to dismissal. *See* Fed.R.Civ.P.41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b)... operates as an adjudication on the merits."). |

| | | |
|---|---|---|
| | | Signed by Judge Victor A. Bolden on 10/25/2024. (Cunningham, A) (Entered: 10/25/2024) |
| 10/29/2024 | 36 | THIRD AMENDED COMPLAINT against Department of Corrections, filed by Victor L. Jordan, Sr.(Freberg, B) (Entered: 10/29/2024) |
| 11/07/2024 | 37 | First MOTION for Extension of Time until December 19, 2024 To File a Responsive Pleading 36 Amended Complaint by Guerrera, Dave. (Launer, Krislyn) (Entered: 11/07/2024) |
| 11/08/2024 | 38 | ORDER granting 37 Motion for Extension of Time. The Court **GRANTS** the motion for an extension of time until **December 19, 2024** to file a responsive pleading. Signed by Judge Victor A. Bolden on 11/8/2024. (Cunningham, A) (Entered: 11/08/2024) |
| 12/16/2024 | 39 | Second MOTION for Extension of Time until 1/15/2025 To File a Responsive Pleading 36 Amended Complaint by Guerrera, Dave. (Launer, Krislyn) (Entered: 12/16/2024) |
| 12/17/2024 | 40 | ORDER granting 39 Motion for Extension of Time. The Court **GRANTS** the motion for an extension of time until **January 15, 2025** to respond to the Third Amended Complaint. Signed by Judge Victor A. Bolden on 12/17/2024. (Cunningham, A) (Entered: 12/17/2024) |
| 01/15/2025 | 41 | NOTICE of Appearance by Krislyn Mina Launer on behalf of Department of Corrections (Launer, Krislyn) (Entered: 01/15/2025) |
| 01/15/2025 | 42 | MOTION to Dismiss *Plaintiff's Third Amended Complaint* by Guerrera, Department of Corrections, Dave.Responses due by 2/5/2025 (Attachments: # 1 Memorandum in Support)(Launer, Krislyn) (Entered: 01/15/2025) |
| 01/23/2025 | 43 | RESPONSE re 42 MOTION to Dismiss *Plaintiff's Third Amended Complaint* filed by Victor L. Jordan, Sr. (Freberg, B) (Entered: 01/23/2025) |
| 01/28/2025 | 44 | OPPOSITION to 42 MOTION to Dismiss *Plaintiff's Third Amended Complaint* filed by Victor L. Jordan, Sr. (Freberg, B) (Entered: 01/28/2025) |
| 05/16/2025 | 45 | ORDER granting in part and denying in part 42 Motion to Dismiss. For the reasons set forth in the attached Ruling and Order, the Defendants' Motion to Dismiss, ECF No. 42, is **GRANTED in part** and **DENIED in part**.<br>Mr. Jordan may proceed with his deliberate indifference claim as to RN Dave in his individual capacity. Mr. Jordan's claims against RN Dave in his official capacity are dismissed.<br>All other claims as to all other Defendants are dismissed.<br>The Clerk of Court is respectfully directed to remove from the caption the following individuals: Correctional Officer Guerrera and the Department of Correction.<br><br>The Court enters the following additional orders:<br>− (1) The Clerk of Court shall verify the current work address of RN Dave with the Department of Correction Legal Affairs Unit. The Clerk of Court shall mail a copy of the Third Amended Complaint, this Order, and a waiver of service of process request packet to this defendant at the confirmed address by **June 6, 2025**. By **June 20, 2025**, the Clerk of Court shall report to the Court on the status of the request. If RN Dave fails to return the waiver request, the Clerk of Court shall arrange for in−person service by the U.S. Marshals Service and RN Dave shall be required to pay the costs of such service in accordance with Federal Rule of Civil Procedure 4(d).<br>− (2) RN Dave shall file his Answer to the Third Amended Complaint by **August 1, 2025**, admitting or denying the allegations and responding to the cognizable claims recited above. RN Dave may also include any and all additional defenses permitted by the Federal Rules.<br>− (3) Discovery, under Federal Rules of Civil Procedure 26 through 37, shall be completed by **December 5, 2025**. Discovery requests need not be filed with the Court.<br>− (4) All motions for summary judgment shall be filed by **January 9, 2026**.<br>− (5) If Mr. Jordan changes his address at any time during the litigation of this case, Local Court Rule 83.1(c)2 provides that he MUST notify the Court. Failure to do so may result in the dismissal of the case. Mr. Jordan should write PLEASE NOTE MY NEW ADDRESS on the notice. Putting a new address on a letter without indicating that it is a new address is insufficient. If Mr. Jordan has more than one pending case, |

| | | |
|---|---|---|
| | | he should indicate all case numbers in the notification of change of address. Mr. Jordan should also notify the attorney for Defendants of his new address.<br>− (6) Mr. Jordan shall utilize the Prisoner E−filing Program when filing documents with the Court. Mr. Jordan is advised that the Program may be used only to file documents with the Court. Local Court Rule 5(f) provides that discovery requests are not to be filed with the Court. Therefore, discovery requests must be served on Defendant RN Dave's counsel by regular mail.<br>− (7) The Clerk of Court shall immediately enter the District of Connecticut Standing Order Re: Initial Discovery Disclosures concerning cases initiated by self−represented inmates and shall send a copy of the Standing Order to the parties. The order also can be found at http://ctd.uscourts.gov/district−connecticut−public−standing−orders.<br>− (8) The Clerk of Court shall send a courtesy copy of the Third Amended Complaint, and this order to the Connecticut Attorney General and the Department of Correction Legal Affairs Unit.<br><br>Signed by Judge Victor A. Bolden on 5/16/2025. (Cunningham, A) (Entered: 05/16/2025) |
| 05/19/2025 | 46 | Notice re: Initial Discovery Protocols.<br>Signed by Judge Stefan R. Underhill on 5/19/2025.(Murphy, T) (Entered: 05/19/2025) |
| 06/16/2025 | 47 | Plaintiff Making Court Cognizant of Retaliatory Threats by Defendants Either Named in this Action or Others and Submission of Letter to Governor Ned Lamont, re. Single Cell Status, by Victor L. Jordan, Sr. (Attachments: # 1 Attachment)(Velez, F) (Entered: 06/17/2025) |
| 08/01/2025 | 48 | ANSWER to Complaint with Affirmative Defenses *to Third Amended Complaint* by Dave.(Launer, Krislyn) (Entered: 08/01/2025) |
| 12/05/2025 | 49 | NOTICE by Dave *Regarding Discovery Compliance* (Launer, Krislyn) (Entered: 12/05/2025) |
| 01/06/2026 | 50 | First MOTION for Extension of Time until 2/9/2026 to File for Summary Judgment by Dave. (Launer, Krislyn) (Entered: 01/06/2026) |
| 01/07/2026 | 51 | ORDER granting 50 Motion for Extension of Time. The Court **GRANTS** the motion for extension of time, and extends the deadline to file a motion for summary judgment to **February 9, 2026**.<br>Signed by Judge Victor A. Bolden on 1/7/2026.(Rabb, M) (Entered: 01/07/2026) |
| 01/07/2026 | | Set Deadline: Motion for Summary Judgment due by 2/9/2026. (Velez, F) (Entered: 01/09/2026) |
| 02/09/2026 | 52 | MOTION to Seal Exhibit to Motion for Summary Judgment by Dave. (Attachments: # 1 Memorandum in Support)(Launer, Krislyn) (Entered: 02/09/2026) |
| 02/09/2026 | 53 | MOTION for Summary Judgment by Dave.Responses due by 3/2/2026 (Attachments: # 1 Memorandum in Support Memorandum of Law, # 2 Exhibit Exhibit A Cover Sheet, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E)(Launer, Krislyn) (Entered: 02/09/2026) |
| 02/09/2026 | 54 | NOTICE by Dave re 53 MOTION for Summary Judgment *NOTICE TO SELF−REPRESENTED LITIGANT CONCERNING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)* (Launer, Krislyn) (Entered: 02/09/2026) |
| 02/09/2026 | 55 | Sealed Document: Exhibit A SEALED Declaration of Dr Williams 2.04.25 by Dave re 53 MOTION for Summary Judgment . (Launer, Krislyn) (Entered: 02/09/2026) |
| 02/09/2026 | 56 | NOTICE by Dave *Statement of Undisputed Material Facts* (Launer, Krislyn) (Entered: 02/09/2026) |
| 02/10/2026 | 57 | ORDER granting 52 Motion to Seal. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Civ. R. 5(e); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) ("[T]he presumption of access" to judicial documents may be overcome by "countervailing factors includ[ing]...the privacy interests of those resisting disclosure." (quoting *United* |

| | | |
|---|---|---|
| | | *States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995))). Signed by Judge Victor A. Bolden on 2/10/26. (Rabb, M) (Entered: 02/10/2026) |
| 02/20/2026 | 58 | Memorandum in Opposition re 53 MOTION for Summary Judgment filed by Victor L. Jordan, Sr. (Freberg, B) (Entered: 02/20/2026) |
| 03/06/2026 | 59 | RESPONSE re 58 Memorandum in Opposition to Motion filed by Dave. (Launer, Krislyn) (Entered: 03/06/2026) |
| 03/19/2026 | 60 | OBJECTION re 59 Response re 58 Memorandum in Opposition to Motion filed by Victor L. Jordan, Sr. (Freberg, B) (Entered: 03/19/2026) |
| 05/08/2026 | 61 | ORDER granting 53 Motion for Summary Judgment. For the reasons explained in the attached Ruling and Order, the motion for summary judgment is **GRANTED**.<br><br>The Clerk of Court is respectfully directed to enter judgment for the Defendant, RN Dave, and to close this case. Signed by Judge Victor A. Bolden on 5/8/26. (Rabb, M) (Entered: 05/08/2026) |
| 05/13/2026 | 62 | JUDGMENT in Favor of Defendant.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms Signed by Clerk on 5/13/26. (Velez, F) (Entered: 05/13/2026) |
| 05/13/2026 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey (Velez, F) (Entered: 05/13/2026) |
| 05/14/2026 | 63 | NOTICE OF APPEAL as to 62 Judgment by Victor L. Jordan, Sr. (Freberg, B) (Entered: 05/14/2026) |